UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

JACKSON DIVISION

UNITED STATES OF AMERICA                                     PLAINTIFF

VS.                                       CIVIL ACTION NO. 3:70CV4706WHB-LRA

STATE OF MISSISSIPPI, ET AL                                  DEFENDANTS

RE:    JONES COUNTY SCHOOL DISTRICT
       ANNUAL REPORT

Comes now the Jones County School District, by its attorney, and pursuant to the order

of the Court dated August 25, 1989, files its Annual Report to the Court, hereto attached.

JONES COUNTY SCHOOL DISTRICT


By: _/s/ Terry L. Caves_____
Attorney


Terry L. Caves, MS Bar #5937
CAVES & CAVES, PLLC
Post Office Drawer 167
Laurel, MS  39441-0167
Telephone 601-428-0402
Facsimile 601-428-0452
terryc@tlcaves.com

(A)

JONES COUNTY SCHOOLS DISTRICT

5204 Highway 11 North

Ellisville, MS 39437

Student Enrollment

EAST JONES ELEMENTARY SCHOOL

| Grade | Total Enrollment | (AS) Asian | | (B) Black or African-American | | (H) Hispanic or Latino | | (NA) American Indian or Alaskan Native | | (PI) Native Hawaiian or Pacific Islander | | (TM) Two or More Races | | (W) White | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | F | M | F | M | F | M | F | M | F | M | F | M | F |
| PreK3 (-2) | | | | | | | | | | | | | | | |
| PreK4 (-1) | | | | | | | | | | | | | | | |
| K (0) | 125 | | | 8 | 8 | 2 | 4 | 1 | 6 | | | 1 | | 53 | 42 |
| 1 | 118 | | 1 | 11 | 9 | | 3 | 4 | 2 | | | 1 | 2 | 44 | 41 |
| 2 | 116 | | | 8 | 7 | 3 | 1 | 2 | 5 | | | | | 55 | 35 |
| 3 | 138 | | 1 | 7 | 5 | 3 | 2 | 8 | 3 | | | | | 61 | 48 |
| 4 | 121 | | | 8 | 9 | 4 | 1 | 1 | 5 | | | | | 49 | 44 |
| 5 | 119 | | | 11 | 10 | | | 4 | 2 | | | | | 43 | 48 |
| 6 | 129 | | | 10 | 8 | 1 | 1 | 2 | 8 | | | | | 54 | 45 |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 866 | | 2 | 63 | 56 | 13 | 12 | 22 | 31 | | | 2 | 2 | 359 | 304 |

**JONES COUNTY SCHOOLS DISTRICT**

**5204 Highway 11 North**

**Ellisville, MS 39437**

**Student Enrollment**

(A)

GLADE ELEMENTARY SCHOOL

| Grade | Total Enrollment | (AS) Asian | | (B) Black or African-American | | (H) Hispanic or Latino | | (NA) American Indian or Alaskan Native | | (PI) Native Hawaiian or Pacific Islander | | (TM) Two or More Races | | (W) White | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | F | M | F | M | F | M | F | M | F | M | F | M | F |
| PreK3 (-2) | 3 | | | | | | | | | | | | | 2 | 1 |
| PreK4 (-1) | 10 | | | | | | | 1 | | | | | | 7 | 2 |
| K (0) | 58 | | | 2 | 2 | | | | | | | | | 24 | 30 |
| 1 | 53 | | | 4 | 3 | 1 | 1 | | | | | 1 | | 25 | 18 |
| 2 | 59 | | | 2 | 4 | 2 | 2 | | | | | | | 22 | 27 |
| 3 | 75 | | | 2 | 6 | | 2 | | | | | 1 | | 31 | 33 |
| 4 | 42 | | | 2 | | 1 | | | 1 | | | | | 21 | 17 |
| 5 | 55 | | | 6 | 8 | | | | | | | | | 23 | 18 |
| 6 | 62 | | | 4 | 9 | | 1 | | | | | | | 24 | 24 |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 417 | | | 22 | 32 | 4 | 6 | 1 | 1 | | | 2 | | 179 | 170 |

(A)

JONES COUNTY SCHOOLS DISTRICT

5204 Highway 11 North

Ellisville, MS 39437

Student Enrollment

MOSELLE ELEMENTARY SCHOOL

| Grade | Total Enrollment | (AS) Asian | | (B) Black or African-American | | (H) Hispanic or Latino | | (NA) American Indian or Alaskan Native | | (PI) Native Hawaiian or Pacific Islander | | (TM) Two or More Races | | (W) White | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | F | M | F | M | F | M | F | M | F | M | F | M | F |
| PreK3 (-2) | | | | | | | | | | | | | | | |
| PreK4 (-1) | 8 | | | 1 | | | | | | | | 1 | | 4 | 2 |
| K (0) | 86 | 2 | 1 | 3 | 5 | 8 | 2 | | | | | | | 27 | 38 |
| 1 | 81 | | | 6 | 2 | 6 | 8 | | 1 | | | | | 25 | 33 |
| 2 | 85 | | | 5 | 4 | 2 | 5 | | | | | 1 | | 40 | 28 |
| 3 | 77 | | | 3 | 3 | 3 | 5 | 1 | | | | | | 30 | 32 |
| 4 | 82 | | | 2 | 2 | 5 | 3 | | 1 | | | | | 36 | 34 |
| 5 | 67 | 1 | | 1 | 3 | 4 | 1 | | | | | 1 | | 34 | 21 |
| 6 | 81 | 1 | | | 6 | 5 | | 1 | | | | | | 29 | 39 |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 567 | 4 | 1 | 21 | 25 | 33 | 24 | 2 | 2 | | | 3 | | 225 | 227 |

**JONES COUNTY SCHOOLS DISTRICT**

**5204 Highway 11 North**

**Ellisville, MS 39437**

**Student Enrollment**

(A)

NORTH JONES ELEMENTARY SCHOOL

| Grade | Total Enrollment | (AS) Asian M | (AS) Asian F | (B) Black or African-American M | (B) Black or African-American F | (H) Hispanic or Latino M | (H) Hispanic or Latino F | (NA) American Indian or Alaskan Native M | (NA) American Indian or Alaskan Native F | (PI) Native Hawaiian or Pacific Islander M | (PI) Native Hawaiian or Pacific Islander F | (TM) Two or More Races M | (TM) Two or More Races F | (W) White M | (W) White F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PreK3 (-2) | | | | | | | | | | | | | | | |
| PreK4 (-1) | 4 | | | 1 | | 1 | | | | | | | 2 | | |
| K (0) | 169 | | | 28 | 20 | 12 | 21 | | | | | | | 44 | 42 |
| 1 | 123 | 1 | | 24 | 19 | 12 | 11 | | | | | | | 31 | 25 |
| 2 | 127 | 3 | | 26 | 22 | 7 | 8 | | | | | | | 31 | 30 |
| 3 | 113 | 2 | 1 | 19 | 18 | 6 | 6 | | | | | | 1 | 30 | 30 |
| 4 | 102 | 1 | | 23 | 9 | 6 | 7 | | | | | 1 | | 32 | 23 |
| 5 | 108 | 1 | 3 | 18 | 16 | 5 | 6 | | | | | | 1 | 28 | 30 |
| 6 | 127 | | 2 | 20 | 22 | 3 | 8 | | | | | | | 36 | 36 |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 873 | 8 | 6 | 159 | 126 | 52 | 67 | | | | | 1 | 4 | 234 | 216 |

(A)

JONES COUNTY SCHOOLS DISTRICT

5204 Highway 11 North

Ellisville, MS 39437

Student Enrollment

SOUTH JONES ELEMENTARY SCHOOL

| Grade | Total Enrollment | (AS) Asian | | (B) Black or African-American | | (H) Hispanic or Latino | | (NA) American Indian or Alaskan Native | | (PI) Native Hawaiian or Pacific Islander | | (TM) Two or More Races | | (W) White | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | F | M | F | M | F | M | F | M | F | M | F | M | F |
| PreK3 (-2) | | | | | | | | | | | | | | | |
| PreK4 (-1) | 7 | | | 1 | | | | | | | | | | 3 | 3 |
| K (0) | 172 | 1 | | 13 | 12 | 5 | 5 | | | | | | | 72 | 65 |
| 1 | 149 | 1 | | 17 | 7 | 4 | 5 | | | | | | | 65 | 50 |
| 2 | 140 | | | 11 | 14 | 1 | 2 | | | | | | | 68 | 44 |
| 3 | 145 | | | 13 | 10 | 1 | | | | | | | | 67 | 54 |
| 4 | 143 | 1 | | 16 | 13 | 1 | 2 | 1 | | | | | 1 | 62 | 47 |
| 5 | 147 | | 1 | 10 | 14 | 3 | 4 | 1 | | | | | | 50 | 64 |
| 6 | 153 | | | 16 | 16 | 3 | 3 | | | | | | | 69 | 46 |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 1056 | 1 | 1 | 97 | 86 | 18 | 21 | 2 | | | | | 1 | 456 | 373 |

(A)

JONES COUNTY SCHOOLS DISTRICT

5204 Highway 11 North

Ellisville, MS 39437

Student Enrollment

WEST JONES ELEMENTARY SCHOOL

| Grade | Total Enrollment | (AS) Asian | | (B) Black or African-American | | (H) Hispanic or Latino | | (NA) American Indian or Alaskan Native | | (PI) Native Hawaiian or Pacific Islander | | (TM) Two or More Races | | (W) White | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | F | M | F | M | F | M | F | M | F | M | F | M | F |
| PreK3 (-2) | | | | | | | | | | | | | | | |
| PreK4 (-1) | | | | | | | | | | | | | | | |
| K (0) | 167 | 1 | 1 | 17 | 17 | 17 | 15 | | | | | 3 | 2 | 49 | 45 |
| 1 | 162 | 1 | | 12 | 17 | 16 | 15 | | | | | | 2 | 46 | 53 |
| 2 | 147 | | | 9 | 9 | 11 | 13 | | | | | | | 50 | 55 |
| 3 | 151 | | 2 | 11 | 12 | 17 | 9 | | | | | | 1 | 57 | 42 |
| 4 | 121 | | | 16 | 6 | 6 | 5 | | | | | 1 | | 41 | 46 |
| 5 | 163 | | | 19 | 18 | 8 | 10 | | | | | 1 | | 63 | 44 |
| 6 | 143 | | | 8 | 11 | 5 | 6 | | | | | | 1 | 50 | 62 |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 1054 | 2 | 3 | 92 | 90 | 80 | 73 | | | | | 5 | 6 | 356 | 347 |

**(A)**

JONES COUNTY SCHOOLS DISTRICT

5204 Highway 11 North

Ellisville, MS 39437

**Student Enrollment**

NORTHEAST JONES HIGH SCHOOL

| Grade | Total Enrollment | (AS) Asian | | (B) Black or African-American | | (H) Hispanic or Latino | | (NA) American Indian or Alaskan Native | | (PI) Native Hawaiian or Pacific Islander | | (TM) Two or More Races | | (W) White | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | F | M | F | M | F | M | F | M | F | M | F | M | F |
| PreK3 (-2) | | | | | | | | | | | | | | | |
| PreK4 (-1) | | | | | | | | | | | | | | | |
| K (0) | | | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | 212 | 2 | | 11 | 13 | 1 | 4 | 4 | 7 | | | 1 | 2 | 93 | 74 |
| 8 | 195 | | | 28 | 17 | | | | 1 | | | 1 | | 60 | 88 |
| 9 | 182 | | | 16 | 17 | 1 | 1 | 6 | 1 | | | | | 80 | 60 |
| 10 | 160 | 1 | | 18 | 12 | 1 | | 2 | 3 | | | | | 75 | 49 |
| 11 | 161 | 1 | | 22 | 10 | 2 | | | | | | | | 61 | 65 |
| 12 | 144 | 2 | | 18 | 18 | | | | 2 | | | 1 | | 55 | 48 |
| Total | 1054 | 4 | | 113 | 87 | 5 | 5 | 12 | 14 | | | 3 | 2 | 424 | 384 |

(A)

JONES COUNTY SCHOOLS DISTRICT

5204 Highway 11 North

Ellisville, MS 39437

Student Enrollment

SOUTH JONES HIGH SCHOOL

| Grade | Total Enrollment | (AS) Asian | | (B) Black or African-American | | (H) Hispanic or Latino | | (NA) American Indian or Alaskan Native | | (PI) Native Hawaiian or Pacific Islander | | (TM) Two or More Races | | (W) White | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | F | M | F | M | F | M | F | M | F | M | F | M | F |
| PreK3 (-2) | | | | | | | | | | | | | | | |
| PreK4 (-1) | | | | | | | | | | | | | | | |
| K (0) | | | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | 251 | 1 | | 24 | 20 | 1 | 2 | | | | | | | 104 | 99 |
| 8 | 219 | | | 18 | 27 | 5 | 3 | | 1 | | | | | 83 | 82 |
| 9 | 239 | | | 21 | 22 | 3 | 3 | | | | | | | 108 | 82 |
| 10 | 236 | | 1 | 15 | 18 | 3 | 3 | 1 | 1 | | | | | 101 | 93 |
| 11 | 168 | | | 21 | 15 | 3 | 1 | 1 | | | | | | 55 | 72 |
| 12 | 179 | | 2 | 19 | 19 | | 1 | | | 1 | | | | 75 | 62 |
| Total | 1292 | 1 | 3 | 118 | 121 | 15 | 13 | 2 | 2 | 1 | | | | 526 | 490 |

(A)

**JONES COUNTY SCHOOLS DISTRICT**

**5204 Highway 11 North**

**Ellisville, MS 39437**

**Student Enrollment**

WEST JONES HIGH SCHOOL

| Grade | Total Enrollment | (AS) Asian | | (B) Black or African-American | | (H) Hispanic or Latino | | (NA) American Indian or Alaskan Native | | (PI) Native Hawaiian or Pacific Islander | | (TM) Two or More Races | | (W) White | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | F | M | F | M | F | M | F | M | F | M | F | M | F |
| PreK3 (-2) | | | | | | | | | | | | | | | |
| PreK4 (-1) | | | | | | | | | | | | | | | |
| K (0) | | | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | 245 | 1 | 3 | 27 | 25 | 9 | 4 | | | | | | 1 | 98 | 77 |
| 8 | 258 | 2 | | 30 | 42 | 4 | 7 | | | | | | | 89 | 84 |
| 9 | 232 | | | 38 | 30 | 5 | 5 | | | | | | | 89 | 65 |
| 10 | 215 | 1 | 2 | 32 | 16 | 5 | 1 | | | | | | | 78 | 80 |
| 11 | 206 | | 1 | 20 | 24 | 5 | 1 | | | | | | | 81 | 74 |
| 12 | 203 | | | 29 | 24 | 5 | 1 | | | | | | | 80 | 64 |
| Total | 1359 | 4 | 6 | 176 | 161 | 33 | 19 | | | | | | 1 | 515 | 444 |

(B)

# JONES COUNTY SCHOOL DISTRICT
### 5204 Highway 11 North
### Ellisville, MS  39437

## CURRENT FULL-TIME FACULTY

EAST JONES ELEMENTARY SCHOOL                    October 15, 2012


RACE FACULTY COUNT:

|       |     |
|-------|-----|
| Black | 7   |
| White | 109 |
| Total | 116 |


*Includes certified personnel and non-certified personnel.

(B)

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

## CURRENT FULL-TIME FACULTY

GLADE ELEMENTARY SCHOOL                          October 15, 2012


RACE FACULTY COUNT:

|        |     |
|--------|-----|
| Black  | 5   |
| White  | 55  |
| Total  | 60  |

*Includes certified personnel and non-certified personnel.

(B)

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

## CURRENT FULL-TIME FACULTY

MOSELLE ELEMENTARY SCHOOL                      October 15, 2012

RACE FACULTY COUNT:

| | |
|---|---|
| Black | 4 |
| White | 71 |
| Total | 75 |

*Includes certified personnel and non-certified personnel.

(B)

# JONES COUNTY SCHOOL DISTRICT
### 5204 Highway 11 North
### Ellisville, MS  39437

## CURRENT FULL-TIME FACULTY

**NORTH JONES ELEMENTARY SCHOOL**                    October 15, 2012

RACE FACULTY COUNT:

|       |     |
|-------|-----|
| Black | 10  |
| White | 99  |
| Total | 111 |

*Includes certified personnel and non-certified personnel.

**(B)**

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

### CURRENT FULL-TIME FACULTY

SOUTH JONES ELEMENTARY SCHOOL                    October 15, 2012

RACE FACULTY COUNT:

| | |
|---|---|
| Black | 10 |
| White | 124 |
| Total | 134 |

*Includes certified personnel and non-certified personnel.

(B)

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

### CURRENT FULL-TIME FACULTY

WEST JONES ELEMENTARY SCHOOL                    October 15, 2012

RACE FACULTY COUNT:

| | |
|---|---|
| Hispanic | 1 |
| Black | 13 |
| White | 106 |
| Total | 120 |

*Includes certified personnel and non-certified personnel.

(B)

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

## CURRENT FULL-TIME FACULTY

NORTHEAST JONES HIGH SCHOOL                    October 15, 2012

RACE FACULTY COUNT:

| | |
|---|---|
| Black | 9 |
| White | 111 |
| Total | 120 |

*Includes certified personnel and non-certified personnel.

(B)

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

## CURRENT FULL-TIME FACULTY

SOUTH JONES HIGH SCHOOL                          October 15, 2012

RACE FACULTY COUNT:

| | |
|---|---|
| Hispanic | 1 |
| Black | 9 |
| White | 116 |
| Total | 126 |

*Includes certified personnel and non-certified personnel.

(B)

# JONES COUNTY SCHOOL DISTRICT
### 5204 Highway 11 North
### Ellisville, MS  39437

## CURRENT FULL-TIME FACULTY

WEST JONES HIGH SCHOOL                                October 15, 2012

RACE FACULTY COUNT:

|        |     |
|--------|-----|
| Black  | 8   |
| White  | 122 |
| Total  | 130 |

*Includes certified personnel and non-certified personnel.

(B)

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

## CURRENT FULL-TIME FACULTY

PINE BELT EDUCATION SERVICE CENTER               October 15, 2012

RACE FACULTY COUNT:

|  |  |
|--------|-----|
| Black  |     |
| White  | 23  |
| Total  | 23  |

*Includes certified personnel and non-certified personnel.

**(B)**

# JONES COUNTY SCHOOL DISTRICT
### 5204 Highway 11 North
### Ellisville, MS  39437

## CURRENT FULL-TIME FACULTY

A. P. FATHERREE VO-TECH CENTER                      October 15, 2012

RACE FACULTY COUNT:

|  |  |
|---|---|
| Black |  |
| White | 14 |
| Total | 14 |

*Includes certified personnel and non-certified personnel.

(C)

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

October 15, 2012

## CURRENT PART-TIME FACULTY

Current part-time faculty, by race, for each school in the school district:

School District Federal Programs (1 Safe and Drug-Free School Coordinator) –
white – female

School District (1 administrative assistant for gifted/talented department) –
white – female

East Jones Elementary (3 tutors) – white – female (Title I Tutors)
(School Improvement)

Roosevelt Community Center (1 after-school tutor) – black – male

(D)

# JONES COUNTY SCHOOL DISTRICT
### 5204 Highway 11 North
### Ellisville, MS  39437

## CURRENT ADMINISTRATORS

### October 15, 2012

Current administrators by race, for each school in the school district:

| | |
|---|---|
| School: | East Jones Elementary |
| Supervising Principal:<br>Race: | Mrs. Becky Stewart<br>White |
| Principal:<br>Race: | Mrs. Sylvia Stewart<br>White |
| Principal:<br>Race: | Mrs. Gail Daniel<br>White |

(D)

# JONES COUNTY SCHOOL DISTRICT
### 5204 Highway 11 North
### Ellisville, MS  39437

## CURRENT ADMINISTRATORS

### October 15, 2012

Current administrators by race, for each school in the school district:

School:                     Glade Elementary

Supervising Principal:      Mrs. Lisa Ishee
Race:                       White

(D)

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

## CURRENT ADMINISTRATORS

### October 15, 2012

Current administrators by race, for each school in the school district:

School:                          Moselle Elementary

Supervising Principal:    Mr. Edward Crosby
Race:                             White

(D)

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

## CURRENT ADMINISTRATORS

October 15, 2012

Current administrators by race, for each school in the school district:

School:                       North Jones Elementary

Supervising Principal:        Mr. Robert Hill
Race:                         White

Principal:                    Mrs. Anderle Foster
Race:                         White

(D)

# JONES COUNTY SCHOOL DISTRICT
### 5204 Highway 11 North
### Ellisville, MS  39437

## CURRENT ADMINISTRATORS

### October 15, 2012

Current administrators by race, for each school in the school district:

School:                    South Jones Elementary

Supervising Principal:     Mr. Steve Musgrove
Race:                      White

Principal:                 Ms Juanna Warren
Race:                      White

Principal:                 Mrs. Denise Hopkins
Race:                      White

(D)

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

## CURRENT ADMINISTRATORS

October 15, 2012


Current administrators by race, for each school in the school district:


School:                          West Jones Elementary

Supervising Principal:           Mr. Mark Reddoch
Race:                            White

Principal:                       Mr. Steve Gieger
Race:                            White

(D)

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

### CURRENT ADMINISTRATORS

October 15, 2012

Current administrators by race, for each school in the school district:

School:                       Northeast Jones Jr./Sr. High School

Supervising Principal:        Mr. Cooper Pope
Race:                         White

High School Principal:        Mr. Gary Townsend
Race:                         White

Junior High Principal:        Mrs. Jennifer Lowery
Race:                         White

Middle School Principal: Mr. Eric Walters
Race:                         White

(D)

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

## CURRENT ADMINISTRATORS

October 15, 2012

Current administrators by race, for each school in the school district:

School:                          South Jones Jr./Sr. High School

Supervising Principal:           Mr. Tommy Branch
Race:                            White

High School Principal:           Mr. James Gardner
Race:                            White

Junior High Principal:           Mr. Charles King
Race:                            White

Middle School Principal:         Mr. Jon Marshall
Race:                            White

(D)

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

## CURRENT ADMINISTRATORS

### October 15, 2012

Current administrators by race, for each school in the school district:

| | |
|---|---|
| School: | West Jones Jr./Sr. High School |
| Supervising Principal:<br>Race: | Mr. Lynn Lyon<br>White |
| High School Principal:<br>Race: | Mr. David Valentine<br>White |
| Junior High Principal:<br>Race: | Mr. Wade Clark<br>White |
| Middle School Principal:<br>Race: | Mrs. Marie Keyes<br>White |

(D)

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

## CURRENT ADMINISTRATORS

### October 15, 2012

Current administrators by race, for each school in the school district:

School:      Pine Belt Education Service Center

Principal:   Mr. Mike Moore
Race:        White

**(D)**

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

## CURRENT ADMINISTRATORS

October 15, 2012

Current administrators by race, for each school in the school district:

School:     Career and Technical Education Center

Director:   Mr. Bruce Strickland
Race:       White

**(E)**

### JONES COUNTY SCHOOL DISRICT
### 5204 HIGHWAY 11 NORTH
### ELLISVILLE, MS  39437

### October 15, 2012

There has been no new construction in the Jones County School District since the previous report.

**(E)**

**JONES COUNTY SCHOOL DISTRICT**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS  39437**

**October 15, 2012**

Any proposed new construction since the previous reports:

    School:     East Jones Elementary

    Response:   None

**(E)**

### JONES COUNTY SCHOOLS
### 5204 HIGHWAY 11 NORTH
### ELLISVILLE, MS  39437

**October 15, 2012**

Any proposed new construction since the previous reports:

School:      Glade Elementary School

Response:   None

**(E)**

**JONES COUNTY SCHOOLS**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS  39437**

**October 15, 2012**

Any proposed new construction since the previous reports:

School:        Moselle Elementary School

Response:   None

**(E)**

**JONES COUNTY SCHOOLS**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS  39437**

**October 15, 2012**

Any proposed new construction since the previous reports:

School:      North Jones Elementary School

Response:   None

**(E)**

**JONES COUNTY SCHOOLS**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS  39437**

**October 15, 2012**

Any proposed new construction since the previous reports:

School:      South Jones Elementary School

Response:   None

**(E)**

**JONES COUNTY SCHOOLS**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS  39437**

**October 15, 2012**

Any proposed new construction since the previous reports:

School:    West Jones Elementary School

Response:   None

**(E)**

## JONES COUNTY SCHOOLS
## 5204 HIGHWAY 11 NORTH
## ELLISVILLE, MS  39437

### October 15, 2012

Any proposed new construction since the previous reports:

School:      Northeast Jones Jr. / Sr. High School

Response:   None

**(E)**

**JONES COUNTY SCHOOLS**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS  39437**

**October 15, 2012**

Any proposed new construction since the previous reports:

School:     South Jones Jr. / Sr. High School

Response:   None

**(E)**

**JONES COUNTY SCHOOLS**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS  39437**

**October 15, 2012**

Any proposed new construction since the previous reports:

School:      West Jones Jr. / Sr. High School

Response:   None

**(E)**

**JONES COUNTY SCHOOLS**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS  39437**

**October 15, 2012**

Any proposed new construction since the previous reports:

    School:      Pine Belt Education Service Center

    Response:   None

**(E)**

**JONES COUNTY SCHOOLS**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS  39437**

**October 15, 2012**


Any proposed new construction since the previous reports:

     School:     Career and Technical Educational Center

     Response:   None

**(F)**

**JONES COUNTY SCHOOLS**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS  39437**

**October 15, 2012**

Any sale or lease of school property in excess of $5,000 since the previous report:

     The Jones County School District has leased sixteenth section land for the purpose of gas, mineral, and oil development and exploration.

     The Jones County School District has leased sixteenth section land classified as industrial, commercial, farm-residential, residential, and recreational.

**(G)**

**JONES COUNTY SCHOOLS**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS  39437**

**October 15, 2012**

Whether all transportation is provided on a desegregated basis:

    All bus routes in the Jones County School District have been approved by the Department of Education and are monitored to see that all guidelines are being met.

**(H)**

## JONES COUNTY SCHOOLS
## 5204 HIGHWAY 11 NORTH
## ELLISVILLE, MS  39437
## (601) 649-5201

October 15, 2012

<u>INTER-DISTRICT TRANSFER STUDENTS ADMITTED TO JONES COUNTY</u>

| STUDENT | RACE | GRADE | SENDING SCHOOL | RECEIVING SCHOOL | SENDING DISTRICT |
|---|---|---|---|---|---|
| *Petara Joi Jones | B | 4th | N. Forrest | EJE | ForrestCounty |
| *Quenteya Evans | B | 8th | N. Forrest | NEJHS | ForrestCounty |
| Austin Kane Reed | W | 6th | Laurel Mid. | SJE | Laurel |
| Jordan Kass Bell | W | K | Mason El. | SJE | Laurel |
| *Christopher King | W | 8th | Beat 4 | SJE | Wayne County |
| *Caitlyn King | W | 3rd | Beat 4 | SJE | Wayne County |
| Lainey Lowe | W | 5th | Beat 4 | EJE | Wayne County |
| Emma Claire Lowe | W | K | Beat 4 | EJE | Wayne County |
| Ti'liyah Keys | B | 5th | Bay Springs Mid. | NJE | West Jasper |
| Te'myracle Keys | B | 3rd | Bay Springs Mid. | NJE | West Jasper |
| Tevin Keys | B | 1st | Bay Springs Mid. | NJE | West Jasper |
| *Breonna Williams | W | 4th | Mason | NJE | Laurel |
| *Carley Williams | W | 4th | Mason | NJE | Laurel |
| *Peyton Williams | W | 2nd | Mason | NJE | Laurel |
| Taylor N. Dearman | W | 7th | Laurel Mid. | WJ Mid. | Laurel |
| Alec Vara | H | K | Clara | Glade | Wayne |
| Elijah Vara | H | K | Clara | Grade | Wayne |
| Amber Dawn Craven | W | 8th | Laurel Mid. | NEJMS | Laurel |
| Charles E. Dace, III | B | 7th | Laurel Mid. | NEJMS | Laurel |
| Michael James Smith | W | 2nd | Mason | WJE | Laurel |
| Elizabeth R. Smith | W | 7th | Laurel Mid. | WJMS | Laurel |
| Haleigh Breann Flores | W | 7th | Laurel Mid. | WJMS | Laurel |
| Marrissa Leigh Flores | W | 7th | Laurel Mid. | WJMS | Laurel |
| Zoey Lynn smith | W | 8th | Laurel Mid. | WJMS | Laurel |
| Aaron Lee Smith | W | 11th | Laurel HS | WJHS | Laurel |
| Mysti Nicole Smith | W | 12th | Laurel HS | WJHS | Laurel |
| Timothy Tyrese Dace | B | K | Mason | EJE | Laurel |
| Kaleigh Sullivan | W | 2 | Stringer Att. | NJE | West Jasper |
| Cameron Sullivan | W | 6 | Stringer Att. | NJE/WJM | West Jasper |
| *Jakob S.Williams | W | 2 | Mason | SJE | Laurel |

| | | | | | |
|---|---|---|---|---|---|
| Jordan L. Williams | W | K | Mason | SJE | Laurel |
| Ti' Liyah Keys | B | 6 | Bay Springs | NJE | West Jasper |
| Te' Myracle Keys | B | 4 | Bay Springs | NJE | West Jasper |
| Tevin Keys | B | 2 | Bay Springs | NJE | West Jasper |
| Nicolas Boozer | W | 4 | Seminary | SJE | Covington |
| Phoebe Boozer | W | 2 | Seminary | SJE | Covington |
| Abigail Stringer | W | K | Stringer | NJE | West Jasper |
| *Allison Foster | W | 10 | Stringer | WJH | West Jasper |
| *Grayson Foster | W | K | Stringer | NJE | West Jasper |
| *Kylee Madyn Hicks | W | 2 | Mason | SJE | Laurel |
| *Tyler J. Byrd | W | 7 | Mason | SJH | Laurel |
| *Emily S. Byrd | W | 4 | Mason | SJE | Laurel |
| W. Jeffrey T. Wells | W | 12 | Laurel HS | SJH | Laurel |
| Aaron Smith | W | 12 | Laurel HS | WJH | Laurel |
| Carley Clark | W | 6 | Beat Four | EJE | Wayne Co. |
| Hailey Adamson | W | 9 | Wayne Co.HS | NEJH | Wayne Co. |
| Lillian Lambert | W | 11 | Petal HS | SJH | Petal |
| Sadi Lambert | W | 9 | Petal HS | SJH | Petal |
| Ethan Lambert | W | 6 | Petal Elem. | SJE | Petal |
| Haidyn Williams | W | K | Beat Four | EJE | Wayne Co. |
| Talmadge B. Anderson | W | K | Beat Four | EJE | Wayne Co. |

*Certified Instructional Employee

**(H)**

**JONES COUNTY SCHOOLS**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS  39437**
**(601) 649-5201**

October 15, 2012

<u>INTRA-DISTRICT TRANSFER STUDENTS</u>

| STUDENT | RACE | GRADE | SENDING SCHOOL | RECEIVING SCHOOL |
|---------|------|-------|----------------|------------------|
| Nila Watts | B | K | NJE | WJE |
| Jordan Watts | B | 2nd | NJE | WJE |
| Shaela Brewer | W | K | EJE | Glade |
| *Hope Smith | W | 3rd | WJE | SJE |
| Daniel Reese Landrum | W | 5th | Moselle | SJE |
| Kacie Slaton | W | 10th | WJHS | NEJHS |
| *Morgan Allyse Breland | W | 4th | NJE | SJE |
| *Romarez T. Warren | B | 8th | NEJ MS | SJMS |
| Hayden T.McGill | W | 7th | SJMS | WJMS |
| Kaden R. Brooks | W | 2nd | Glade | SJE |
| Timothy Meadows | W | 8th | SJMS(Alt) | NEJMS |
| Mika Meadows | W | 7th | SJMS | NEJMS |
| Slade M. Purvis | W | 11th | SJHS | NEJHS |
| Cody Dearman | W | 8th | NEJHS | WJHS |
| Abigale Dearman | W | 4th | EJE | WJE |
| Hannah McAndrews | W | 4th | WJE | NJE |
| Lanye McAndrews | W | K | WJE | NJE |
| Heath Austin Mann | W | 7th | NEJMS | SJMS |
| Hunter Jameson Heath | B | 5th | Glade | SJE |
| Madalyn Claire Presley | W | K | EJE | Glade |
| Ashley Alamond | W | 5th | Moselle | SJE |
| Amanda Alamond | W | 6th | Moselle | SJE |
| Tristyn B. Robertson | W | K | SJE | Moselle |
| McKenzie Manning | W | K | EJE | NJE |
| Samuel McAdoo | B | 5th | WJE | NJE |
| Charles Herrington | W | 10th | NEJHS | SJHS |
| Cayden Scott Kinmon | W | K | Moselle | SJE |
| Noah J. McLain | W | K | WJE | SJE |
| Jacey Leann McAndrew | W | K | EJE | Glade |
| Steve C. Bergin | W | 5th | EJE | SJE |
| Tobin A. Campbell | W | K | EJE | SJE |
| Joseph Gilliam | W | 6th/7th | SJE/NEJM | SJMS |
| Taylor Hammond | W | K | EJE | SJE |
| Jacob Roney | W | 3 | SJE | Moselle |
| Jonathan Roney | W | 1 | SJE | Moselle |
| Thomas Landon Johnson | W | 11 | SJHS | WJHS |
| Macayla D. Johnson | W | 6 | NJE | WJE |

| | | | | |
|---|---|---|---|---|
| Callie E. Jones | W | K | NJE | WJE |
| Colin E. Jones | W | 1 | NJE | WJE |
| *Kathryn Anne Pickering | W | K | WJE | NJE |
| *Karsen B. Lightsey | W | K | EJE | NJE |
| Jett Johnson | W | K | EJE | Glade |
| Warren C. Phillips | W | K | SJE | Moselle |
| Kennedy H. Williams | W | K | NJE | WJE |
| Kayla Fox | W | K | WJE | SJE |
| Graysen Irvin | W | K | EJE | Glade |
| Abbie D. Mitchell | W | K | Moselle | SJE |
| Chloe e. Pierce | W | K | SJE | Moselle |
| Tabitha White | W | K | SJE | WJE |
| Tessa White | W | 1 | SJE | WJE |
| Justice Cobaxin | W | K | EJE | Glade |
| Brandon K. Mayer | W | K | WJE | SJE |
| Ryleigh Livingston | W | K | SJE | WJE |
| Jessica Shows | W | K | Moselle | SJE |
| Terrie Vermilyea | W | K | WJE | NJE |
| Kristen L. Jones | W | 10 | WJH | SJH |
| Jordan K. Bell | W | 1 | Moselle | SJE |
| Ashton Marie Miller | W | 11 | SJH | NEJH |
| Kaylee Ann Miller | W | 9 | SJH | NEJH |
| Logan A. Miller | W | 2 | SJE | Glade |
| Brittany Walters | W | 11 | NEJH | SJH |
| James Walters | W | 9 | NEJH | SJH |
| Aleisha Bell | W | 5 | NJE | WJE |
| Alexandria Berry | W | 11 | NEJH | WJH |
| Julia Berry | W | 8 | NEJH | WJH |
| Charles Jacob Berry | W | 5 | EJE | WJE |
| Berta McCaye Soules | W | K | EJE | Glade |
| Graysen Sumrall | W | K | Glade | SJE |
| Kaden Padgett | W | K | EJE | Glade |
| Michael T. Fenton | W | 8 | SJMS | NEJMS |
| Brianna Fenton | W | 3 | SJE | Glade |
| Hayleigh Rogers | W | 8 | SJMS | NEJMS |
| Mary Kathryne Broom | W | 7 | NEJMS | WJMS |
| Jackson Creed Broom | W | 5 | EJE | WJE |
| Lindsey Johnson | W | 9 | NEJH | SJH |
| Cameron Anderson | W | 10 | NEJH | WJH |
| Jacob P. Flowers | W | 4 | EJE | NJE |
| Ty O. Flowers | W | 1 | EJE | NJE |
| Dylan Welford | W | pre-K | SJE | Glade |
| Jodi M. Crenshaw | W | 2 | SJE | Glade |
| Samuel B. Culpepper | W | 7 | SJH | NEJH |
| Nathan Brabham | W | 2 | EJE | Glade |
| Noah Brabham | W | 1 | EJE | Glade |
| *Caleb Winpigler | W | 5 | NJE | SJE |
| MacKenzie Donaldson | W | K | NJE | Glade |
| *Dalton Parker | W | 9 | NEJH | SJH |
| *Karlee parker | W | 7 | NEJH | SJH |
| *Ryley Parker | W | 1 | EJE | SJE |
| *Andrew Thornton | W | 5 | SJE | WJE |
| *Carson Thornton | W | 3 | SJE | WJE |

| | | | | |
|---|---|---|---|---|
| Josiah Parker | W | 4 | Glade | SJE |
| Eden Parker | W | 3 | Glade | SJE |
| Ana Claire Walters | Chinese | 5 | WJE | SJE |
| Gage Hutto | W | 7 | NEJH | WJH |
| Kalie Brooke Newell | W | 6 | SJE | EJE |
| *Madilyn Nicole Waters | W | 5 | SJE | NJE |
| *Noah Lowery | W | 1 | Glade | EJE |
| *Sydney Walters | W | 1 | WJE | EJE |
| Devin A. Townsend | W | 6 | Moselle | SJE |
| Gabriel Hollingsworth | W | 3 | EJE | Glade |
| Bailei Hollingsworth | W | K | EJE | Glade |
| Sophie Grace McNeil | W | K | Moselle | SJE |
| Jacob Walters | W | 3 | EJE | Glade |
| Caleb Walters | W | 2 | EJE | Glade |
| Joshua Walters | W | K | EJE | Glade |
| Gabriel Wade | W | K | SJE | Moselle |
| Haley Gilman | W | 6 | EJE | NJE |
| Emily Davis | W | 1 | EJE | NJE |
| Brady Lambert | W | 1 | WJE | SJE |
| Seth Aldazaba | H | 2 | EJE | Glade |
| Antonio Aldazaba | H | 3 | EJE | Glade |
| Reece Bynum | W | 12 | WJH | NEJH |
| Abigail Thrash | W | 4 | NJE | WJE |
| Audrey Thrash | W | 1 | NJE | WJE |

*Certified Instructional Employee

**(I)**

# JONES COUNTY SCHOOLS
## 5204 HIGHWAY 11 NORTH
## ELLISVILLE, MS  39437
## (601) 649-5201

October 15, 2012

### INTER-DISTRICT TRANSFER STUDENTS TRANSFERRED OUT OF JONES COUNTY

| Student | Race | Grade | Sending School | Receiving School | Receiving District |
|---|---|---|---|---|---|
| *(As of 10-16-11)* | | | | | |
| Elizabeth Gregory | W | 4th | WJE | Taylorsville | Smith |
| Jeremy Gregory | W | 2nd | WJE | Taylorsville | Smith |
| Tyler Gregory | W | 1st | WJE | Taylorsville | Smith |
| Alexia Jordan | B | 5th | EJE | Mason | Laurel |
| *Justin Shows | W | 9th | SJH | N. Forrest High | Forrest County |
| Matthew DeFreese | W | K | Moselle | Thames Elem | Hattiesburg |
| Eli Tyler Wheat | W | K | Moselle | Oak Grove Primary | Lamar |
| Annabelle D. Triggs | W | K | Moselle | Rawls Springs | Forrest County |
| *Connor DuBose | W | K | SJE | North Forrest | Forrest County |
| *Allison Graham | W | K | SJE | North Forrest | Forrest County |
| *Kelis Turner | B | K | SJE | Maddox Elem. | Laurel |
| *Kiana David | W | 12 | SJH | Laurel High | Laurel |
| *Nathaniel Russell | W | 6 | WJE | Nora Davis | Laurel |
| Caleb Williamson | W | 2(Sped) | WJE | CollinsElem | .Covington |
| *Brenna Parker Dykes | W | 1 | EJE | Beat Four | Wayne County |
| *William B. Dykes | W | 6 | EJE | Beat Four | Wayne County |
| *Edward Bridges | B | 4 | SJE | Nora Davis | Laurel |
| *Ellis Bridges | B | 2 | SJE | Nora Davis | Laurel |
| *Shelby Gilliland | W | 12 | SJH | Petal HS | Petal |
| *Tanner Gilliland | W | 10 | SJH | Petal HS | Petal |
| Shelby LeAnne Burns | W | 6 | Glade | Richton Elem. | Richton |
| Gabe Malone | W | 10 | SJH | Richton HS | Richton |
| Mallory Malone | W | 8 | SJH | Richton HS | Richton |
| *Kennedy Watts | W | 1 | SJE | Nora Davis | Laurel |
| Breanna M. Smith | W | 6 | SJE | Seminary Att. | Covington Co. |
| Terry Allen Smith, Jr. | W | 2 | SJE | Seminary Att. | Covington Co. |

*Certified Instructional Employee

**(I)**

**JONES COUNTY SCHOOLS**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS  39437**
**(601) 649-5201**

October 15, 2012

**RACIAL MAKE-UP OF ALL DISTRICT/SCHOOLS INVOLVED IN**
**STUDENT TRANSFERS**
**2011–2012 SCHOOL SESSION**

| DISTRICT/SCHOOL | % WHITE | % BLACK | % OTHER |
|---|---|---|---|
| **Covington County School District** | **44%** | **53%** | **3%** |
| Collins Elementary School | 30% | 65% | 5% |
| Seminary | 84% | 12% | 4% |
| **Forrest County School District** | **55%** | **41%** | **4%** |
| North Forrest | 37% | 61% | 2% |
| Rawls Springs | 30% | 65% | 5% |
| **Hattiesburg Public School District** | **6%** | **90%** | **4%** |
| Thames Elementary | 13% | 80% | 7% |
| **Jones County School District** | **73%** | **19%** | **8%** |
| East Jones Elementary School | 77% | 14% | 9% |
| Glade Elementary School | 84% | 13% | 3% |
| Moselle Elementary School | 80% | 8% | 12% |
| North Jones Elementary School | 52% | 32% | 16% |
| South Jones Elementary School | 79% | 17% | 4% |
| West Jones Elementary School | 67% | 17% | 16% |
| Northeast Jones High School | 77% | 19% | 4% |
| South Jones High School | 79% | 18% | 3% |
| West Jones High School | 70% | 25% | 5% |
| **Lamar School District** | **70%** | **25%** | **5%** |
| Oak Grove | 58% | 35% | 7% |
| **Laurel School District** | **3%** | **89%** | **7%** |
| Mason Elementary | 6% | 77% | 17% |
| Maddox | 2% | 79% | 19% |
| Nora Davis Magnet School | 6% | 92% | 2% |
| Laurel Middle | 4% | 92% | 4% |
| Laurel High | 3% | 94% | 3% |

| | | | |
|---|---|---|---|
| **Petal School District** | **79%** | **16%** | **5%** |
| Petal Primary School | 81% | 12% | 7% |
| Petal High School | 80% | 17% | 3% |
| **Richton County School District** | **74%** | **22%** | **3%** |
| Richton Elementary School | 74% | 22% | 4% |
| Richton High School | 74% | 23% | 3% |
| **Smith County School District** | **70%** | **28%** | **2%** |
| Taylorsville Attendance Center | 58% | 40% | 2% |
| **Wayne County School District** | **44%** | **55%** | **1%** |
| Beat Four Elementary | 67% | 32% | 1% |
| Clara | 85% | 14% | 1% |
| Wayne County High School | 42% | 57% | 1% |
| **West Jasper** | **40%** | **59%** | **1%** |
| Bay Springs Middle | 8% | 91% | 1% |
| Stringer Attendance Center | 5% | 92% | 1% |

(J)     A narrative description of the measures taken to ensure compliance with the provisions of the order.

Parents are required to present proof of residency.  Student residency requests are published in the Student Handbook.

(J)

**JONES COUNTY SCHOOLS**
5204 HIGHWAY 11 NORTH
ELLISVILLE, MS  39437
(601) 649-5201


July 1, 2012


TO:        Principals
FROM:    James Walters
RE:        Student Residency Forms

You will find attached five (5) documents to be used by each school in our district
for the purpose of verifying student residence.  In addition you should have a
copy of the most recent policy on verification of residence.  These five
documents, along with brief comments pertaining to each are listed below:

FORM 1       This item is designed to be used to notify parents, legal guardians,
             and other adults of the Residency Verification Procedure which
             must be completed prior to the enrollment of any student other than
             legal transfers.

FORM 2       This Residency Registration Checklist is designed to be used in the
             initial verification of the residence of all students except legal
             transfers.  In subsequent years, the school district will require the
             completion of this checklist only for newly enrolled students or
             continuing students whose residence has changed.

FORM 3       This Declaration of Legal Residence form is for use after the first
             year of verification of residence to document that there has been no
             change in the legal residence as verified in an earlier year on the
             Residency Registration checklist.

FORM 4       This Affidavit of Residency is to be used by a custodial adult with
             "in loco parents" authority to document the adult's relationship to
             the student along with the reasons as to why the student is living
             with the person executing the affidavit.  The acceptance of an
             affidavit should be made with great caution as a good faith effort
             should be made to accept only those students in need of this
             consideration.

FORM 5       This form letter is to be used for providing notification to the parent,
             guardian, or other adult that the Residency requirements have not
             been met in accordance with the District Policy.