UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

JACKSON DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

VS.                                      CIVIL ACTION NO. 3:70CV4706WHB-LRA

STATE OF MISSISSIPPI, ET AL                                      DEFENDANTS

RE:   JONES COUNTY SCHOOL DISTRICT
      ANNUAL REPORT

Comes now the Jones County School District, by its attorney, and pursuant to the order

of the Court dated August 25, 1989, files its Annual Report to the Court, hereto attached.

This the 27th day of October, 2016.

JONES COUNTY SCHOOL DISTRICT

By: /s/ Terry L. Caves
                                                      Attorney

Terry L. Caves, MS Bar No. 5937
CAVES & CAVES, PLLC
Post Office Drawer 167
Laurel, MS  39441-0167
Telephone 601-428-0402
Facsimile 601-428-0452
terryc@tlcaves.com

1(A)

**JONES COUNTY SCHOOLS DISTRICT**

**5204 Highway 11 North**

**Ellisville, MS 39437**

**Student Enrollment**

EAST JONES ELEMENTARY SCHOOL

| Grade | Total Enrollment | (AS) Asian | | (B) Black or African-American | | (H) Hispanic or Latino | | (NA) American Indian or Alaskan Native | | (PI) Native Hawaiian or Pacific Islander | | (TM) Two or More Races | | (W) White | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | F | M | F | M | F | M | F | M | F | M | F | M | F |
| PreK3 (-2) | | | | | | | | | | | | | | | |
| PreK4 (-1) | | | | | | | | | | | | | | | |
| K (0) | 111 | 1 | 1 | 13 | 14 | 1 | 3 | 2 | 5 | 0 | 0 | 5 | 4 | 35 | 27 |
| 1 | 135 | 0 | 0 | 15 | 6 | 4 | 2 | 4 | 1 | 0 | 0 | 2 | 2 | 48 | 51 |
| 2 | 150 | 0 | 1 | 15 | 8 | 2 | 1 | 8 | 1 | 1 | 0 | 3 | 7 | 49 | 54 |
| 3 | 112 | 0 | 0 | 11 | 9 | 0 | 2 | 1 | 4 | 0 | 1 | 3 | 2 | 45 | 34 |
| 4 | 111 | 0 | 1 | 8 | 8 | 2 | 2 | 0 | 1 | 1 | 0 | 2 | 0 | 43 | 43 |
| 5 | 121 | 0 | 2 | 9 | 8 | 2 | 3 | 5 | 3 | 0 | 0 | 2 | 2 | 44 | 41 |
| 6 | 118 | 0 | 0 | 9 | 5 | 1 | 1 | 4 | 2 | 1 | 0 | 0 | 1 | 53 | 41 |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 858 | 1 | 5 | 80 | 58 | 12 | 14 | 24 | 17 | 3 | 1 | 17 | 18 | 317 | 291 |

**(A)**

**JONES COUNTY SCHOOLS DISTRICT**

**5204 Highway 11 North**

**Ellisville, MS 39437**

**Student Enrollment**

GLADE ELEMENTARY SCHOOL

| Grade | Total Enrollment | (AS) Asian | | (B) Black or African-American | | (H) Hispanic or Latino | | (NA) American Indian or Alaskan Native | | (PI) Native Hawaiian or Pacific Islander | | (TM) Two or More Races | | (W) White | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | F | M | F | M | F | M | F | M | F | M | F | M | F |
| PreK3 (-2) | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PreK4 (-1) | 7 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 4 | 1 |
| K (0) | 72 | 0 | 0 | 5 | 5 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 3 | 29 | 27 |
| 1 | 58 | 0 | 0 | 5 | 4 | 0 | 1 | 0 | 1 | 0 | 0 | 2 | 1 | 25 | 19 |
| 2 | 60 | 0 | 0 | 7 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34 | 17 |
| 3 | 44 | 0 | 0 | 2 | 3 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 20 | 16 |
| 4 | 58 | 0 | 0 | 3 | 5 | 1 | 4 | 0 | 0 | 0 | 0 | 0 | 2 | 20 | 23 |
| 5 | 52 | 0 | 0 | 4 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 25 | 14 |
| 6 | 58 | 0 | 0 | 7 | 5 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 21 | 22 |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 410 | 0 | 0 | 34 | 33 | 3 | 8 | 0 | 2 | 0 | 0 | 5 | 8 | 178 | 139 |

**(A)**

**JONES COUNTY SCHOOLS DISTRICT**

**5204 Highway 11 North**

**Ellisville, MS 39437**

## Student Enrollment

MOSELLE ELEMENTARY SCHOOL

| Grade | Total Enrollment | (AS) Asian | | (B) Black or African-American | | (H) Hispanic or Latino | | (NA) American Indian or Alaskan Native | | (PI) Native Hawaiian or Pacific Islander | | (TM) Two or More Races | | (W) White | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | F | M | F | M | F | M | F | M | F | M | F | M | F |
| PreK3 (-2) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| PreK4 (-1) | 4 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 |
| K (0) | 73 | 0 | 0 | 3 | 0 | 5 | 4 | 0 | 0 | 0 | 0 | 4 | 1 | 29 | 27 |
| 1 | 78 | 0 | 0 | 3 | 3 | 5 | 7 | 0 | 0 | 0 | 0 | 2 | 0 | 33 | 25 |
| 2 | 82 | 0 | 0 | 3 | 2 | 5 | 2 | 0 | 0 | 0 | 0 | 3 | 1 | 30 | 36 |
| 3 | 93 | 0 | 1 | 3 | 3 | 5 | 4 | 0 | 0 | 0 | 0 | 1 | 3 | 29 | 44 |
| 4 | 98 | 2 | 1 | 1 | 6 | 6 | 3 | 1 | 1 | 0 | 0 | 1 | 2 | 36 | 38 |
| 5 | 71 | 0 | 0 | 4 | 0 | 6 | 7 | 0 | 0 | 0 | 0 | 1 | 1 | 25 | 27 |
| 6 | 88 | 0 | 0 | 6 | 5 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 2 | 40 | 29 |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 588 | 2 | 2 | 23 | 19 | 35 | 31 | 1 | 1 | 0 | 0 | 12 | 10 | 225 | 227 |

**(A)**

### JONES COUNTY SCHOOLS DISTRICT

### 5204 Highway 11 North

### Ellisville, MS 39437

## Student Enrollment

NORTH JONES ELEMENTARY SCHOOL

| Grade | Total Enrollment | (AS) Asian | | (B) Black or African-American | | (H) Hispanic or Latino | | (NA) American Indian or Alaskan Native | | (PI) Native Hawaiian or Pacific Islander | | (TM) Two or More Races | | (W) White | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | F | M | F | M | F | M | F | M | F | M | F | M | F |
| PreK3 (-2) | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| PreK4 (-1) | 5 | 0 | 0 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| K (0) | 105 | 0 | 0 | 22 | 19 | 13 | 3 | 0 | 0 | 0 | 0 | 2 | 2 | 21 | 23 |
| 1 | 123 | 0 | 1 | 25 | 20 | 13 | 12 | 0 | 0 | 0 | 0 | 2 | 3 | 27 | 20 |
| 2 | 106 | 0 | 0 | 10 | 20 | 8 | 12 | 0 | 0 | 0 | 0 | 1 | 1 | 29 | 25 |
| 3 | 119 | 0 | 1 | 20 | 20 | 11 | 16 | 0 | 1 | 0 | 0 | 0 | 1 | 28 | 21 |
| 4 | 139 | 0 | 0 | 25 | 22 | 9 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 32 | 35 |
| 5 | 117 | 0 | 0 | 25 | 21 | 9 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 26 | 25 |
| 6 | 115 | 2 | 0 | 27 | 20 | 2 | 8 | 0 | 1 | 0 | 0 | 0 | 1 | 28 | 26 |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 831 | 2 | 2 | 156 | 142 | 67 | 78 | 0 | 2 | 0 | 0 | 6 | 8 | 192 | 176 |

**(A)**

**JONES COUNTY SCHOOLS DISTRICT**

**5204 Highway 11 North**

**Ellisville, MS 39437**

## Student Enrollment

SOUTH JONES ELEMENTARY SCHOOL

| Grade | Total Enrollment | (AS) Asian | | (B) Black or African-American | | (H) Hispanic or Latino | | (NA) American Indian or Alaskan Native | | (PI) Native Hawaiian or Pacific Islander | | (TM) Two or More Races | | (W) White | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | F | M | F | M | F | M | F | M | F | M | F | M | F |
| PreK3 (-2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PreK4 (-1) | 7 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 1 |
| K (0) | 180 | 1 | 0 | 13 | 16 | 8 | 5 | 0 | 0 | 0 | 0 | 4 | 3 | 75 | 55 |
| 1 | 164 | 0 | 1 | 15 | 10 | 6 | 6 | 0 | 0 | 0 | 0 | 5 | 1 | 61 | 59 |
| 2 | 152 | 0 | 0 | 12 | 20 | 5 | 9 | 0 | 0 | 1 | 0 | 2 | 2 | 38 | 64 |
| 3 | 162 | 0 | 0 | 16 | 11 | 5 | 4 | 0 | 0 | 0 | 0 | 1 | 0 | 78 | 47 |
| 4 | 154 | 0 | 0 | 16 | 17 | 7 | 7 | 0 | 0 | 0 | 0 | 1 | 0 | 50 | 56 |
| 5 | 144 | 2 | 0 | 17 | 10 | 4 | 4 | 0 | 0 | 0 | 0 | 1 | 0 | 59 | 47 |
| 6 | 126 | 0 | 1 | 11 | 14 | 2 | 5 | 0 | 0 | 0 | 0 | 1 | 1 | 52 | 39 |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 1090 | 3 | 2 | 100 | 98 | 37 | 41 | 0 | 0 | 1 | 0 | 15 | 7 | 418 | 368 |

**(A)**

### JONES COUNTY SCHOOLS DISTRICT

#### 5204 Highway 11 North

#### Ellisville, MS 39437

## Student Enrollment

WEST JONES ELEMENTARY SCHOOL

| Grade | Total Enrollment | (AS) Asian | | (B) Black or African-American | | (H) Hispanic or Latino | | (NA) American Indian or Alaskan Native | | (PI) Native Hawaiian or Pacific Islander | | (TM) Two or More Races | | (W) White | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | F | M | F | M | F | M | F | M | F | M | F | M | F |
| PreK3 (-2) | | | | | | | | | | | | | | | |
| PreK4 (-1) | | | | | | | | | | | | | | | |
| K (0) | 174 | 1 | 0 | 6 | 10 | 23 | 22 | 0 | 0 | 0 | 0 | 5 | 8 | 51 | 48 |
| 1 | 144 | 0 | 2 | 10 | 14 | 21 | 15 | 0 | 0 | 0 | 0 | 2 | 1 | 42 | 37 |
| 2 | 157 | 0 | 0 | 7 | 16 | 20 | 8 | 0 | 0 | 0 | 0 | 2 | 0 | 49 | 55 |
| 3 | 152 | 0 | 0 | 10 | 10 | 14 | 14 | 0 | 0 | 0 | 0 | 2 | 3 | 45 | 54 |
| 4 | 156 | 1 | 1 | 18 | 21 | 22 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 39 | 44 |
| 5 | 139 | 0 | 0 | 10 | 8 | 8 | 15 | 0 | 0 | 0 | 0 | 1 | 0 | 39 | 58 |
| 6 | 142 | 0 | 0 | 11 | 13 | 12 | 14 | 0 | 0 | 0 | 0 | 1 | 0 | 42 | 49 |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| Total | 1064 | 2 | 3 | 72 | 92 | 120 | 98 | 0 | 0 | 0 | 0 | 13 | 12 | 307 | 345 |

**(A)**

**JONES COUNTY SCHOOLS DISTRICT**

**5204 Highway 11 North**

**Ellisville, MS 39437**

## Student Enrollment

NORTHEAST JONES HIGH SCHOOL

| Grade | Total Enrollment | (AS) Asian | | (B) Black or African-American | | (H) Hispanic or Latino | | (NA) American Indian or Alaskan Native | | (PI) Native Hawaiian or Pacific Islander | | (TM) Two or More Races | | (W) White | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | F | M | F | M | F | M | F | M | F | M | F | M | F |
| PreK3 (-2) | | | | | | | | | | | | | | | |
| PreK4 (-1) | | | | | | | | | | | | | | | |
| K (0) | | | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | 218 | 1 | 2 | 10 | 14 | 5 | 4 | 4 | 4 | 0 | 0 | 0 | 1 | 85 | 88 |
| 8 | 188 | 0 | 0 | 14 | 15 | 6 | 2 | 2 | 6 | 0 | 0 | 1 | 1 | 80 | 61 |
| 9 | 198 | 0 | 0 | 23 | 20 | 3 | 0 | 4 | 2 | 0 | 0 | 1 | 0 | 75 | 70 |
| 10 | 203 | 1 | 0 | 18 | 17 | 3 | 2 | 2 | 7 | 0 | 0 | 3 | 0 | 70 | 80 |
| 11 | 181 | 1 | 0 | 9 | 12 | 0 | 3 | 2 | 6 | 0 | 0 | 1 | 2 | 80 | 65 |
| 12 | 183 | 0 | 0 | 27 | 14 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 55 | 84 |
| Total | 1171 | 3 | 2 | 101 | 92 | 17 | 11 | 16 | 26 | 0 | 0 | 6 | 4 | 445 | 448 |

(A)

**JONES COUNTY SCHOOLS DISTRICT**

**5204 Highway 11 North**

**Ellisville, MS 39437**

**Student Enrollment**

SOUTH JONES HIGH SCHOOL

| Grade | Total Enrollment | (AS) Asian | | (B) Black or African-American | | (H) Hispanic or Latino | | (NA) American Indian or Alaskan Native | | (PI) Native Hawaiian or Pacific Islander | | (TM) Two or More Races | | (W) White | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | F | M | F | M | F | M | F | M | F | M | F | M | F |
| PreK3 (-2) | | | | | | | | | | | | | | | |
| PreK4 (-1) | | | | | | | | | | | | | | | |
| K (0) | | | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | 211 | 0 | 0 | 20 | 13 | 7 | 3 | 1 | 0 | 0 | 0 | 2 | 1 | 83 | 81 |
| 8 | 229 | 0 | 1 | 21 | 23 | 5 | 5 | 1 | 0 | 0 | 0 | 0 | 1 | 85 | 87 |
| 9 | 223 | 0 | 1 | 19 | 25 | 6 | 9 | 2 | 1 | 0 | 0 | 2 | 0 | 75 | 83 |
| 10 | 224 | 1 | 0 | 19 | 28 | 6 | 3 | 1 | 0 | 0 | 0 | 2 | 0 | 90 | 74 |
| 11 | 190 | 1 | 0 | 24 | 23 | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 68 | 70 |
| 12 | 205 | 0 | 0 | 24 | 24 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 1 | 81 | 69 |
| Total | 1282 | 2 | 2 | 127 | 136 | 30 | 24 | 5 | 1 | 0 | 0 | 6 | 3 | 482 | 464 |

**(A)**

**JONES COUNTY SCHOOLS DISTRICT**

**5204 Highway 11 North**

**Ellisville, MS 39437**

## Student Enrollment

WEST JONES HIGH SCHOOL

| Grade | Total Enrollment | (AS) Asian | | (B) Black or African-American | | (H) Hispanic or Latino | | (NA) American Indian or Alaskan Native | | (PI) Native Hawaiian or Pacific Islander | | (TM) Two or More Races | | (W) White | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | F | M | F | M | F | M | F | M | F | M | F | M | F |
| PreK3 (-2) | | | | | | | | | | | | | | | |
| PreK4 (-1) | | | | | | | | | | | | | | | |
| K (0) | | | | | | | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | 272 | 1 | 2 | 37 | 37 | 18 | 12 | 0 | 0 | 0 | 0 | 1 | 0 | 91 | 73 |
| 8 | 224 | 2 | 0 | 32 | 17 | 13 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 77 | 70 |
| 9 | 248 | 1 | 2 | 34 | 32 | 19 | 17 | 0 | 0 | 0 | 0 | 0 | 3 | 72 | 68 |
| 10 | 245 | 0 | 2 | 22 | 28 | 9 | 10 | 0 | 0 | 0 | 0 | 0 | 1 | 78 | 95 |
| 11 | 210 | 0 | 3 | 22 | 25 | 7 | 6 | 1 | 0 | 0 | 0 | 0 | 2 | 75 | 69 |
| 12 | 204 | 1 | 0 | 25 | 39 | 4 | 3 | 0 | 0 | 0 | 1 | 0 | 0 | 66 | 66 |
| Total | 1403 | 5 | 9 | 172 | 178 | 70 | 61 | 1 | 0 | 0 | 1 | 1 | 6 | 459 | 441 |

**(B)**

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

## CURRENT FULL-TIME FACULTY

EAST JONES ELEMENTARY SCHOOL                    October 15, 2016

RACE FACULTY COUNT:

|        |     |
|--------|-----|
| Black  | 10  |
| White  | 93  |
| Total  | 103 |

*Includes certified personnel and non-certified personnel.

**(B)**

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

### CURRENT FULL-TIME FACULTY

GLADE ELEMENTARY SCHOOL                    October 15, 2016

RACE FACULTY COUNT:

|  |  |
|---|---|
| Black | 0 |
| White | 57 |
| Total | 57 |

*Includes certified personnel and non-certified personnel.

**(B)**

# JONES COUNTY SCHOOL DISTRICT
### 5204 Highway 11 North
### Ellisville, MS  39437

## CURRENT FULL-TIME FACULTY

MOSELLE ELEMENTARY SCHOOL                    October 15, 2016

RACE FACULTY COUNT:

|  |  |
|---|---|
| Hispanic | 1 |
| Black | 5 |
| White | 69 |
| Total | 75 |

*Includes certified personnel and non-certified personnel.

**(B)**

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

## CURRENT FULL-TIME FACULTY

NORTH JONES ELEMENTARY SCHOOL                    October 15, 2016

RACE FACULTY COUNT:

|        |     |
|--------|-----|
| Black  | 7   |
| White  | 100 |
| Total  | 107 |

*Includes certified personnel and non-certified personnel.

**(B)**

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

## CURRENT FULL-TIME FACULTY

**SOUTH JONES ELEMENTARY SCHOOL**                    October 15, 2016

RACE FACULTY COUNT:

|  |  |
|---|---|
| Black | 12 |
| White | 112 |
| Other | 1 |
| Total | 125 |

*Includes certified personnel and non-certified personnel.

**(B)**

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

## CURRENT FULL-TIME FACULTY

WEST JONES ELEMENTARY SCHOOL                    October 15, 2016

RACE FACULTY COUNT:

| | |
|---|---|
| Hispanic | 2 |
| Black | 14 |
| White | 97 |
| Total | 113 |

*Includes certified personnel and non-certified personnel.

**(B)**

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

### CURRENT FULL-TIME FACULTY

NORTHEAST JONES HIGH SCHOOL                    October 15, 2016

RACE FACULTY COUNT:

|  |  |
|---|---|
| Black | 6 |
| White | 121 |
| Total | 127 |

*Includes certified personnel and non-certified personnel.

**(B)**

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

## CURRENT FULL-TIME FACULTY

SOUTH JONES HIGH SCHOOL                      October 15, 2016

RACE FACULTY COUNT:

|          |     |
|----------|-----|
| Hispanic | 1   |
| Black    | 8   |
| White    | 105 |
| Total    | 114 |

*Includes certified personnel and non-certified personnel.

**(B)**

# JONES COUNTY SCHOOL DISTRICT
### 5204 Highway 11 North
### Ellisville, MS  39437

## CURRENT FULL-TIME FACULTY

WEST JONES HIGH SCHOOL                         October 15, 2016

RACE FACULTY COUNT:

|        |     |
|--------|-----|
| Black  | 9   |
| White  | 116 |
| Other  | 2   |
| Total  | 127 |

*Includes certified personnel and non-certified personnel.

**(B)**

# JONES COUNTY SCHOOL DISTRICT
## 5204 Highway 11 North
## Ellisville, MS  39437

### CURRENT FULL-TIME FACULTY

Jones County Learning Center                                October 15, 2016

RACE FACULTY COUNT:

|        |    |
|--------|----|
| Black  | 0  |
| White  | 13 |
| Total  | 13 |

*Includes certified personnel and non-certified personnel.

**(B)**

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

## CURRENT FULL-TIME FACULTY

A. P. FATHERREE VO-TECH CENTER                October 15, 2016        .

RACE FACULTY COUNT:

|       |    |
|-------|----|
| Black | 0  |
| White | 13 |
| Total | 13 |

*Includes certified personnel and non-certified personnel.

(C)

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

October 15, 2016

## CURRENT PART-TIME FACULTY

Current part-time faculty, by race, for each school in the school district:

School District Federal Programs (1 Safe and Drug-Free School Coordinator) –
    white – female

Baptist Children's Home (1 after school tutor) – white – female

.

**(D)**

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

## CURRENT ADMINISTRATORS

### October 15, 2016

Current administrators by race, for each school in the school district:

| | |
|---|---|
| School: | East Jones Elementary |
| Supervising Principal: | Mrs. Sylvia Busby |
| Race: | White |
| Principal: | Mr. Mike Lightsey |
| Race: | White |

**(D)**

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

### CURRENT ADMINISTRATORS

### October 15, 2016

Current administrators by race, for each school in the school district:

School:                        Glade Elementary

Supervising Principal:         Mrs. Lisa Ishee
Race:                          White

Principal:                     Stephen Brown
Race:                          White

**(D)**

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

## CURRENT ADMINISTRATORS

### October 15, 2016

Current administrators by race, for each school in the school district:

School:                    Moselle Elementary

Supervising Principal:     Mrs. Belinda Beech
Race:                      White

Principal:                 Mr. Mark Brown
Race:                      White

**(D)**

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

## CURRENT ADMINISTRATORS

### October 15, 2016

Current administrators by race, for each school in the school district:

School:                    North Jones Elementary

Supervising Principal:     Mrs. Anderle Foster
Race:                      White

Principal:                 Mechelle Shoemake
Race:                      White

**(D)**

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

CURRENT ADMINISTRATORS

October 15, 2016

Current administrators by race, for each school in the school district:

School:                     South Jones Elementary

Supervising Principal:      Mr. Wade Clark
Race:                       White

Principal:                  Ms. Juanna Warren
Race:                       White

Principal:                  Mrs. Mark Vaughn
Race:                       White

**(D)**

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

## CURRENT ADMINISTRATORS

### October 15, 2016

Current administrators by race, for each school in the school district:

School:                        West Jones Elementary

Supervising Principal:    Mr. Steve Gieger
Race:                          White

Principal:                    Angela Manning
Race:                          White

(D)

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS 39437

## CURRENT ADMINISTRATORS

October 15, 2016

Current administrators by race, for each school in the school district:

| | |
|---|---|
| School: | Northeast Jones Jr./Sr. High School |
| Supervising Principal: | Mr. Cooper Pope |
| Race: | White |
| High School Principal: | Dr. Jennifer Lowery |
| Race: | White |
| Junior High Principal: | Mr. Petara Jones |
| Race: | Black |
| Middle School Principal: | Mr. Eric Walters |
| Race: | White |

**(D)**

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

## CURRENT ADMINISTRATORS

October 15, 2016

Current administrators by race, for each school in the school district:

School:                      South Jones Jr./Sr. High School

Supervising Principal:       Dr. Billy Ray Jones
Race:                        White

High School Principal:       Dr. Catherine Ladner
Race:                        White

Junior High Principal:       Mr. Cody Brooks
Race:                        White

Middle School Principal:     Mr. Scott Tyson
Race:                        White

**(D)**

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

### CURRENT ADMINISTRATORS

October 15, 2016

Current administrators by race, for each school in the school district:

| | |
|---|---|
| School: | West Jones Jr./Sr. High School |
| Supervising Principal: | Mr. Lynn Lyon |
| Race: | White |
| High School Principal: | Mr. David Valentine |
| Race: | White |
| Junior High Principal: | Mrs. Denise Hopkins |
| Race: | White |
| Middle School Principal: | Mr. Larry Johnson |
| Race: | White |

**(D)**

# JONES COUNTY SCHOOL DISTRICT
## 5204 Highway 11 North
## Ellisville, MS  39437

## CURRENT ADMINISTRATORS

## October 15, 2016

**Current administrators by race, for each school in the school district:**

School:      Jones County Learning Center

Principal:   Mr. Mike Moore
Race:        White

**(D)**

# JONES COUNTY SCHOOL DISTRICT
5204 Highway 11 North
Ellisville, MS  39437

## CURRENT ADMINISTRATORS

### October 15, 2016

Current administrators by race, for each school in the school district:

School:       Career and Technical Education Center

Director:     Mrs. Patsy Reon
Race:         White

**(E)**

**JONES COUNTY SCHOOL DISRICT**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS  39437**

**October 15, 2016**

There has been no new construction in the Jones County School District since the previous report.

**(E)**

**JONES COUNTY SCHOOL DISTRICT**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS  39437**

**October 15, 2016**

Any proposed new construction since the previous reports:

School:      East Jones Elementary

Response:   None

**(E)**

**JONES COUNTY SCHOOLS
5204 HIGHWAY 11 NORTH
ELLISVILLE, MS  39437**

**October 15, 2016**

Any proposed new construction since the previous reports:

School:     Glade Elementary School

Response:   None

**(E)**

**JONES COUNTY SCHOOLS**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS  39437**

**October 15, 2016**

Any proposed new construction since the previous reports:

School:     Moselle Elementary School

Response:   None

**(E)**

**JONES COUNTY SCHOOLS**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS  39437**

**October 15, 2016**

Any proposed new construction since the previous reports:

School:      North Jones Elementary School

Response:   None

**(E)**

**JONES COUNTY SCHOOLS**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS  39437**

**October 15, 2016**

Any proposed new construction since the previous reports:

      School:     South Jones Elementary School

      Response:  None

**(E)**

**JONES COUNTY SCHOOLS**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS  39437**

**October 15, 2016**

Any proposed new construction since the previous reports:

      School:     West Jones Elementary School

      Response:  None

**(E)**

**JONES COUNTY SCHOOLS**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS 39437**

**October 15, 2016**

Any proposed new construction since the previous reports:

School:      Northeast Jones Jr. / Sr. High School

Response:   None

**(E)**

**JONES COUNTY SCHOOLS**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS  39437**

**October 15, 2016**

Any proposed new construction since the previous reports:

School:      South Jones Jr. / Sr. High School

Response:   None

**(E)**

**JONES COUNTY SCHOOLS**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS 39437**

**October 15, 2016**

Any proposed new construction since the previous reports:

School:    West Jones Jr. / Sr. High School

Response:  None

**(E)**

### JONES COUNTY SCHOOLS
### 5204 HIGHWAY 11 NORTH
### ELLISVILLE, MS  39437

### October 15, 2016

Any proposed new construction since the previous reports:

  School:  Jones County Learning Center

  Response: None

**(E)**

**JONES COUNTY SCHOOLS**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS  39437**

**October 15, 2016**

Any proposed new construction since the previous reports:

School:      Jones County Learning Center

Response:   None

**(E)**

# JONES COUNTY SCHOOLS
## 5204 HIGHWAY 11 NORTH
## ELLISVILLE, MS  39437

### October 15, 2016

Any proposed new construction since the previous reports:

      School:      Career and Technical Educational Center

      Response:   None

**(F)**

**JONES COUNTY SCHOOLS**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS  39437**

**October 15, 2016**

Any sale or lease of school property in excess of $5,000 since the previous report:

The Jones County School District has leased sixteenth section land for the purpose of gas, mineral, and oil development and exploration.

The Jones County School District has leased sixteenth section land classified as industrial, commercial, farm-residential, residential, and recreational.

**(G)**

**JONES COUNTY SCHOOLS**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS  39437**

**October 15, 2016**

Whether all transportation is provided on a desegregated basis:

     All bus routes in the Jones County School District have been approved by the Department of Education and are monitored to see that all guidelines are being met.

**(H)**

### JONES COUNTY SCHOOLS
### 5204 HIGHWAY 11 NORTH
### ELLISVILLE, MS  39437
### (601) 649-5201

October 15, 2016

<u>INTER-DISTRICT TRANSFER STUDENTS ADMITTED TO JONES COUNTY</u>

| STUDENT | RACE | GRADE | SENDING SCHOOL | RECEIVING SCHOOL | SENDING DISTRICT |
|---|---|---|---|---|---|
| Bella Grace Williams | W | K | BeatFourES | EJonesElem. | Wayne County |
| *Redding Myles Day | W | 3 | BaySpringsES | WJonesElem. | West Jasper |
| *Harrison Cecil Day | W | 7 | BaySpringsMS | WJonesMS | West Jasper |
| Isaiah K. Turner | B | 3 | MaddoxElem. | SJonesElem. | LaurelSD |
| De'Guan Turner | B | 1 | MaddoxElem. | SJonesElem. | LaurelSD |
| *Benjamin Paul Anderson | W | K | MasonElem. | EJE | LaurelSD |
| *Lauren Beverly Moss | W | 7 | LaurelMS | WJMS | LaurelSD |
| *Braedon Kadorian Alridge | B | K | OakParkElem. | EJE | LaurelSD |
| Brian Blackledge | W | 9 | WayneCHS | NEJHS | WayneCounty |
| Joseph Cole Battaglia | W | 8 | BeatFourES | NEJHS | WayneCounty |
| Grayson Pierce Guined | W | K | BeatFourES | EJE | WayneCounty |
| Khloee Elizabeth Staples | W | K | StringerAC | NJE | WJasperSD |
| *Kaleb James Satterwhite | W | 1 | MasonElem. | SJE | LaurelSD |
| Caleb Thomas Ratcliff | W | 2 | BaySpringsE. | NJE | WJasperCounty |
| *John Stone McCrory | W | 3 | StringerAC | EJonesElem. | WJasperCounty |
| *Noah Peyton McCrory | W | 7 | StringerAC | NEJonesHS | WJasperCounty |
| *Destin Pryor | W | 5 | Beat Four | EJonesElem. | WayneCSD |
| *Dawson Pryor | W | 7 | Beat Four | NEJonesHS | WayneCSD |
| Jakob Allen Blaze McGhee | W | 1 | ClaraElem. | EJonesElem. | WayneCSD |

*Certified Instructional Employee

**(H)**

**JONES COUNTY SCHOOLS**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS  39437**
**(601) 649-5201**

October 15, 2016

<u>INTRA-DISTRICT TRANSFER STUDENTS</u>

| STUDENT | RACE | GRADE | SENDING SCHOOL | RECEIVING SCHOOL |
|---|---|---|---|---|
| Emily Kristen Anderson | W | 3 | MoselleElem. | SJonesElem. |
| Lauren Elizabeth Anderson | W | 3 | MoselleElem. | SJonesElem. |
| Joshua Hosey | W | 5 | SJonesElem. | GladeElem. |
| Jaden Hosey | W | 3 | SJonesElem. | GladeElem. |
| Jared Hosey | W | 10 | SJonesHS | NEJonesHS |
| Kaylee Paige Conover | W | 11 | NEJonesHS | WJonesHS |
| Kaylee Chancellor | W | K | EJonesElem. | GladeElem. |
| Hunter Augustus Barlow | W | 8 | WJonesHS | SJonesHS |
| *Ella Ansley Harrison | W | K | EJonesElem. | SJonesElem. |
| Jakara Tyliah Nixon | B | 4 | NJonesElem. | SJonesElem. |
| Gregory Aiden Turner | W | K | SJonesElem. | GladeElem. |
| Forest Tate Reid | W | K | EJonesElem. | GladeElem. |
| Serenity Jones | B | K | GladeElem. | NJonesElem. |
| Grayson James Tuminello | W | K | EJonesElem. | NJonesElem. |
| Noah Wyatt Craven | B | K | NJonesElem. | SJonesElem. |
| Aubree Delane Johnson | W | 6 | WJonesElem. | SJonesElem. |
| Austin Keegan Johnson | W | 6 | WJonesElem. | SJonesElem. |
| Addie Lane Blackledge | W | K | WJonesElem. | NJonesElem. |
| *Ian Jackson Gandy | W | 7 | WJonesHS | SJonesHS |
| Summer Lily Greer | W | K | WJonesElem. | SJonesElem. |
| Millie Ross Anderson | W | K | NJonesElem. | SJonesElem. |
| Brylee Claire McLaurin | W | K | WJonesElem. | SJonesElem. |
| Skylar Alene Lightsey | W | K | SJonesElem. | GladeElem. |
| Elektra Hannah Olivares | W | 7 | WJonesHS | NEJonesHS |
| *Madelyn Olivia McKenzie | B | K | EJonesElem. | SJonesElem. |
| Carter Alan Wiginton | W | 2 | GladeElem. | EJonesElem. |
| Addyson J. Gatlin | W | K | SJonesElem. | MoselleElem. |
| Adrian Keith Herman | W | K | SJonesElem. | MoselleElem. |
| Gavin Riley Pruitt | W | K | WJonesElem. | SJonesElem. |
| John Edward Blue, III | W | K | WJonesElem. | SJonesElem. |
| Dash Kylon Dotson | M | K | NJonesElem. | WJonesElem. |
| Nolan Anderson Rayner | W | K | SJonesElem. | WJonesElem. |
| *Conner Seth DuBose | W | 4 | SJonesElem. | WJonesElem. |
| *Cailee Elizabeth DuBose | W | K | SJonesElem. | WJonesElem. |

| | | | | |
|---|---|---|---|---|
| Gwenevere Catherine Shows | W | 2 | SJonesElem. | WJonesElem. |
| Peyton Elizabeth Chandler | W | 1 | EJonesElem. | GladeElem. |
| Michaela Jane Trest | W | K | EJonesElem. | GladeElem. |
| Conner Joe Hurtt | W | 6 | GladeElem. | EJonesElem. |
| Jason Cade Locklear | W | 11 | WJonesHS | SJonesHS |
| Chad Michael Locklear | W | 9 | WJonesHS | SJonesHS |
| Dallas June Flowers | W | 5 | WJonesElem. | SJonesElem. |
| *Eli Lewis Ford | W | K | WJoneElem. | SJonesElem. |
| Lexi Holifield | W | 6 | WJonesElem. | EJonesElem. |
| Tristan Holifield | W | 1 | WJonesElem. | EJonesElem. |
| Kalie Abigail Smith | W | 7 | WJonesHS | SJonesHS |
| Tyler Jamal Lindsey | B | 4 | NJonesElem. | SJonesElem. |
| *Madelyn Abigail Sullivan | W | 1 | NJonesElem. | WJonesElem. |
| Maggie Elisabeth Bush | W | 6 | SJonesElem. | MoselleElem. |
| Bryce Andrew Turner | W | 10 | SJonesHS | WJonesHS |
| Blayne Alexander Turner | W | 7 | SJonesHS | WJonesHS |
| Skylar Lamar | W | 7 | WJonesHS | NEJonesHS |
| Hudson Bryant | W | 6 | GladeElem. | SJonesElem. |
| Annabelle Bryant | W | 11 | NEJonesHS | SJonesHS |
| Rachel Bryant | W | 10 | NEJonesHS | SJonesHS |
| Dylan Craig Manasco | W | 6 | NJonesElem. | SJonesElem. |
| *Mason Allen Fitzgerald | W | 2 | EJonesElem. | GladeElem. |
| Michaela Gabrielle Freeman | W | 11 | SJonesHS | NEJonesHS |
| "Tori" Victoria J. Ward | W | 12 | WJonesHS | NEJonesHS |
| Lori Elizabeth Ward | W | 9 | WJonesHS | NEJonesHS |
| Madison Adrianna McCoy | B | 4 | NJonesElem. | WJonesElem. |
| Makenzie Alexis McCoy | B | 1 | NJonesElem. | WJonesElem. |
| Nathan Paige | B | 12 | WJonesHS | SJonesHS |
| Jada Keyes | B | 10 | WJonesHS | SJonesHS |
| Cameron Barnett | B | 7 | WJonesHS | SJonesHS |
| Elana Johnson | B | 6 | WJonesElem. | MoselleElem. |
| Niveah Barnett | B | 4 | WJonesElem. | MoselleElem. |
| Patrick Collin Clairmont | W | 1 | WJonesElem. | NJonesElem. |
| Fakayla Terrell | B | 12 | WJonesHS | SJonesHS |
| Fakyla McGilberry | B | 9 | WJonesHS | SJonesHS |
| Montavious Nix | B | K | NJonesElem. | SJonesElem. |
| *Elijah Temple | W | 7 | SJonesHS | WJonesHS |
| *Ethan Temple | W | 3 | SJonesElem. | NJonesElem. |
| Addison Ray | W | 5 | GladeElem. | EJonesElem. |
| Miley Ray | W | 2 | GladeElem. | EJonesElem. |
| Emma Grace Cotton | W | 6 | SJonesElem. | WJonesElem. |
| Billy Joe "Trey" Bond, III | W | 7 | SJonesHS | NEJonesHS |
| Jillian P. Denham | W | 4 | GladeElem. | SJonesElem. |
| Conner James Bond | W | 2 | SJonesElem. | GladeElem. |
| George Kameron Barnett | W | 7 | WJonesHS | SJonesHS |
| Nevaeh Leanne Guillary | W | K | GladeElem. | EJonesElem. |
| Mollie Rose Coats | W | K | EJonesElem. | GladeElem. |

| | | | | |
|---|---|---|---|---|
| Addalee Wade | W | 1 | EJonesElem. | GladeElem. |
| *Kylee Madyn Hicks | W | 6 | SJonesElem. | MoselleElem. |
| *Kinsey Montana Hicks | W | 3 | SJonesElem. | MoselleElem. |
| *Leah Katherine Williams | W | 2 | SJonesElem. | NJonesElem. |
| *Carson Lyons | W | 3 | GladeElem. | SJonesElem. |
| Taylor Kane Welch | W | 1 | GladeElem. | SJonesElem. |
| Kyler Seth Welch | W | 6 | GladeElem. | SJonesElem. |
| Hanna Danielle Forbes | W | 10 | WJonesHS | SJonesHS |
| Madisin Harris | W | 9 | WJonesHS | NEJonesHS |
| Jordan Norwood | W | 4 | WJonesElem. | EJonesElem. |
| Bayleigh J. Brady | W | 6 | WJonesElem. | EJonesElem. |
| Daniel Barnes | B | 6 | WJonesElem. | NJonesElem. |
| Heaven M. Barnes | B | 6 | WJonesElem. | NJonesElem. |
| Ramello Barnes | B | 5 | WJonesElem. | NJonesElem. |
| Dominica Barnes | B | 3 | WJonesElem. | NJonesElem. |
| Aden Hutto | W | 7 | NEJonesHS | WJonesHS |
| Kirsten Sarah-Kay Terry | W | 8 | WJonesHS | SJonesHS |
| Kaden Reigh Brooks | W | 7 | NEJonesHS | WJonesHS |
| Bentley Kaile Brooks | W | 5 | EJonesElem. | NJonesElem. |
| Penelope "Penny" Ling Monsivais | A | Pre-K | EJonesElem. | SJonesElem. |
| Joshua Brayden Cotten | W | K | NJonesElem. | GladeElem. |
| Jonathan Cole Strickland | W | 10 | SJonesHS | NEJonesHS |
| Luca Baiggio Spinelli | W | K | EJonesElem. | GladeElem. |
| Jewelee Marie Spinelli | W | K | EJonesElem. | GladeElem. |
| Serenity King | B | K | EJonesElem. | GladeElem. |
| Sanai McDonald | B | 3 | WJonesElem. | NJonesElem. |
| Stacey Hope Washington | W | K | WJonesElem. | SJonesElem. |
| Madelyn Dill | W | 6 | MoselleElem. | SJonesElem. |
| Taylor Dill | W | K | MoselleElem. | SJonesElem. |
| Gary Crenshaw | W | 12 | SJonesHS | NEJonesHS |
| Kaleb Jordan Jefcoat | W | 8 | NEJonesHS | WJonesHS |
| Bralyn Annalise Husband | W | 4 | GladeElem. | WJonesElem. |
| McKenna Rae Husband | W | 3 | GladeElem. | WJonesElem. |
| Michael Aubrey Price | W | 8 | WJonesHS | SJonesHS |
| Taran Wade Luker | W | 1 | WJonesElem. | SJonesElem. |

*Certified Instructional Employee

**(I)**

## JONES COUNTY SCHOOLS
## 5204 HIGHWAY 11 NORTH
## ELLISVILLE, MS  39437
## (601) 649-5201

October 15, 2016

### INTER-DISTRICT TRANSFER STUDENTS TRANSFERRED OUT OF JONES COUNTY

| Student | Race | Grade | Sending School | Receiving School | Receiving District |
|---|---|---|---|---|---|
| Kathryn Elizabeth Newman | B | Pre-K | SJonesElem. | Nora Davis MagnetSchool | LaurelSD |
| Cooper Riley Moore | W | Pre-K | WJonesElem. | StringerAC | WJasperCSD |
| Demorrious McCalpin, Jr. | B | K | MoselleElem. | RowanElem. | ForrestCSD |
| Cooper Riley Moore | W | K | WJonesElem. | TaylorsvilleAC | SmithCSD |
| Demorrious McCalpin, Jr. | B | K | MoselleElem. | RowanElem. | HattiesburgPSD |
| *Micah Brooke Sumrall | W | K | MoselleElem. | SumrallElem. | LamarCSD |
| *Samuel Carson Pittman | W | 6 | MoselleElem. | SumrallElem. | LamarCSD |
| *Ayden Brooks Pittman | W | K | MoselleElem. | SumrallElem. | LamarCSD |
| Bailey Alexandra Porter | W | 12 | WJonesHS | WayneCHS | WayneCSD |
| Layla Simone Pickering | B | 2 | WJonesElem. | NoraDavisMagnetSch. | LaurelSD |
| Armoni Lamir President | B | K | NJonesElem. | MasonElem. | LaurelSD |
| Durrell M. Chatman | B | 5 | NJonesElem. | MasonElem. | LaurelSD |
| Jadarrion M. Chatman | B | 1 | NJonesElem. | MasonElem. | LaurelSD |
| Areianna Marie Cooper | B | K | NJonesElem. | MasonElem. | LaurelSD |
| Kaleb Andrew Bradburn | W | 7 | SJonesHS | SeminaryMS | CovingtonCSD |
| Kamber Reese Bradburn | W | 3 | MoselleElem. | SeminaryElem. | CovingtonCSD |
| Chamberlynn Bennett | W | 9 | SJonesHS | SeminaryHS | CovingtonCSD |
| Brianna Cady | W | 6 | MoselleElem. | SeminaryMS | CovingtonCSD |
| Whitney Cady | W | 4 | MoselleElem. | SeminaryElem. | CovingtonCSD |
| Caroline Cady | W | 2 | MoselleElem. | SeminaryElem. | CovingtonCSD |
| Rocio Vicente Martinez | H | 10 | WJonesHS | LaurelHS | LaurelSD |
| *Kayden Douglas Dozier | B | 5 | EJonesElem. | NoraDavisMagnetSch. | LaurelSD |
| *Austin Taylor Dozier | B | K | EJonesElem. | NoraDavisMagnetSch. | LaurelSD |
| *Alisha Nicole Dozier | B | K | EJonesElem. | NoraDavisMagnetSch. | LaurelSD |
| Joshua Earl Mayes | W | 4 | GladeElem. | RichtonElem. | RichtonSD |
| Ty Murray Mayes | W | 7 | SJonesHS | RichtonHS | RichtonSD |
| Haley Adams | W | 12 | SJonesHS | PerryCentralHS | PerryCSD |
| Lane Adams | W | 7 | SJonesHS | RunnelstownElem. | PerryCSD |
| Noah Wurtz | W | 1 | MoselleElem. | RunnelstownElem. | PerryCSD |
| Andrew Merritt | W | K | MoselleElem. | RunnelstownElem. | PerryCSD |

*Certified Instructional Employee

**(I)**

**JONES COUNTY SCHOOLS**
**5204 HIGHWAY 11 NORTH**
**ELLISVILLE, MS  39437**
**(601) 649-5201**

October 15, 2016

**RACIAL MAKE-UP OF ALL DISTRICT/SCHOOLS INVOLVED IN**
**STUDENT TRANSFERS**
**2015–2016 SCHOOL SESSION**

| DISTRICT/SCHOOL | % WHITE | % BLACK | % OTHER |
|---|---|---|---|
| **Covington County School District** | **45%** | **51%** | **4%** |
| Seminary Elementary | 84% | 11% | 5% |
| Seminary Middle | 74% | 23% | 3% |
| Seminary High | 64% | 35% | 1% |
| **Hattiesburg Public School District** | **6%** | **89%** | **5%** |
| Rowan Elementary | 1% | 97% | 2% |
| **Jones County School District** | **68%** | **20%** | **12%** |
| East Jones Elementary School | 71% | 16% | 13% |
| Glade Elementary School | 77% | 17% | 6% |
| Moselle Elementary School | 77% | 7% | 16% |
| North Jones Elementary School | 44% | 36% | 20% |
| South Jones Elementary School | 72% | 18% | 10% |
| West Jones Elementary School | 61% | 16% | 23% |
| Northeast Jones High School | 76% | 17% | 7% |
| South Jones High School | 74% | 20% | 6% |
| West Jones High School | 64% | 25% | 11% |
| **Lamar School District** | **66%** | **26%** | **8%** |
| Sumrall Elementary | 88% | 8% | 4% |
| **Laurel School District** | **4%** | **87%** | **9%** |
| Mason Elementary | 7% | 73% | 20% |
| Nora Davis Magnet School | 8% | 90% | 2% |
| Maddox Elementary | 2% | 73% | 25% |
| Laurel High | 3% | 91% | 6% |
| Oak Park | 2% | 98% | 0% |
| **Richton County School District** | **77%** | **20%** | **3%** |
| Richton High School | 79% | 18% | 3% |
| Richton Elementary | 76% | 21% | 3% |

| | | | |
|---|---|---|---|
| **<u>Smith County School District</u>** | **68%** | **30%** | **2%** |
| Taylorsville Attendance Center | 52% | 45% | 3% |
| | | | |
| **<u>Wayne County School District</u>** | **42%** | **56%** | **2%** |
| Beat Four Elementary | 68% | 30% | 2% |
| Wayne County High | 42% | 57% | 1% |
| **<u>Perry County School District</u>** | **70%** | **28%** | **2%** |
| Runnelstown Elementary | 88% | 8% | 4% |
| Perry Central High | 64% | 34% | 2% |
| **<u>West Jasper School District</u>** | **40%** | **59%** | **1%** |
| Bay Springs Elementary | 8% | 91% | 1% |
| Stringer Attendance Center | 80% | 18% | 2% |