# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| | )   3:70cv4706 WHB-LRA |
| v. | )<br>)<br>) |
| STATE OF MISSISSIPPI<br>(Poplarville Municipal Separate School District), | )<br>)<br>)<br>) |
| Defendant. | ) |

## **ORDER**

Upon due consideration of the parties' Joint Motion for Entry of Unitary Status, [324], and Memorandum in Support, [325], in the above-captioned proceeding and for good cause shown;

IT IS ORDERED that the motion is hereby granted, and that the Poplarville Municipal Separate School District is declared unitary. All prior injunctions in this case are DISSOLVED, jurisdiction is TERMINATED, and this case is DISMISSED WITH PREJUDICE.

SO ORDERED, this 11th day of September, 2018.

                                                                     s/William H. Barbour, Jr.
                                                                       United States District Court Judge