UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

JACKSON DIVISION

UNITED STATES OF AMERICA　　　　　　　　　　　　　　　PLAINTIFF

VS.　　　　　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 4706

STATE OF MISSISSIPPI, ET AL.　　　　　　　　　　　　　　DEFENDANTS

　　　RE:　LAUREL SCHOOL DISTRICT
　　　　　 SEMI ANNUAL REPORT

　　　Comes now the Laurel School District, by its attorney, and pursuant to the order of the Court dated September 3, 1970, files this its Ninety-Fourth Semi-Annual Report to the Court, hereto attached.

　　　　　　　　　　　　　　　　　　　　　　LAUREL SCHOOL DISTRICT


　　　　　　　　　　　　　　　　　　　　　By: /s/ Richard L. Yoder
　　　　　　　　　　　　　　　　　　　　　　　　Attorney

Richard L. Yoder, MB # 6640
Gilchrist Sumrall Yoder Yoder & Leggett, PLLC
Post Office Box 106
Laurel, MS 39441-0106
(601) 649-3351

REPORT TO THE FEDERAL COURT

LAUREL (MISSISSIPPI) SCHOOL DISTRICT

November 15, 2018

1. (a) Students by race enrolled in the District:

| BLACK | WHITE | OTHER | TOTAL |
|---|---|---|---|
| 2,792 | 136 | 300 | 3,228 |

(b) Students by race enrolled in each school of the District:

|  | BLACK | WHITE | OTHER | TOTAL |
|---|---|---|---|---|
| Laurel High School | 702 | 21 | 51 | 774 |
| Laurel Middle School | 655 | 24 | 72 | 751 |
| Mason Elementary | 385 | 28 | 87 | 500 |
| Nora Davis Magnet School | 314 | 43 | 08 | 365 |
| Oak Park Elementary | 495 | 15 | 01 | 511 |
| Maddox Elementary | 241 | 05 | 81 | 327 |

(c) The number of students by race enrolled in each classroom in the District:

See Attachment #1

Report to Federal Court
Laurel (Mississippi) School District
November 15, 2018

II. (a) Number of full-time teachers by race in the district:

| BLACK | WHITE | OTHER | TOTAL |
|---|---|---|---|
| 105 | 114 | 04 | 223 |

(b) Number of full-time teachers by race in each school of the District:

| | BLACK | WHITE | OTHER | TOTAL |
|---|---|---|---|---|
| Laurel High School | 30 | 27 | 02 | 59 |
| Laurel Middle School | 28 | 17 | 00 | 45 |
| Alternative School | | | | |
| Mason Elementary | 07 | 25 | 01 | 33 |
| Nora Davis Magnet | 09 | 19 | 00 | 28 |
| Oak Park Elementary | 23 | 11 | 00 | 34 |
| Maddox Elementary | 08 | 15 | 01 | 24 |

(c) Number of part-time teachers by race in the District:

| BLACK | WHITE | OTHER | TOTAL |
|---|---|---|---|
| | 02 | | 02 |

(d) Number of part-time teachers by race in each school in the District:
    (2) W    Laurel High School

III. Describe the requests and the results which have occurred, by race, under the majority transfer provision.

| NAME | TRANSFER TYPE | REASON |
|---|---|---|
| | | |

Report to Federal Court
Laurel (Mississippi) School District
November 15, 2018

**IV. State the number of inter-district transfers granted, the race of the students who were granted such transfers and the school district to which the transfers were allowed.**

### TRANSFERRED INTO LAUREL SCHOOL DISTRICT

| NAME | RACE | INSTRUCTIONAL CERTIFIED EMPLOYEE 37-15-31 (2) | DISTRICT GRANTING TRANSFER |
|---|---|---|---|
| Denver Bivens | B | Yes | Hattiesburg |
| Ashton Stapleton | B | Yes | Jones County |
| Bryce Clark | W | Yes | Jones County |
| Lawson Schipke | W | Yes | West Jasper |
| Barrett Schipke | W | Yes | West Jasper |
| Landon Rayner | W | Yes | Jones County |
| Allyn Potter | W | No | Walthall |
| Justin Smith | B | Yes | Jones County |
| Kailyn Colelman | B | Yes | Jones County |
| Marlee Johnson | B | Yes | West Jasper |
| Trevino Thomas | B | No | Jones County |
| Zaniya Simmons | B | No | Jones County |
| Patrick Jasper | B | Yes | Jones County |
| Andrian Gandy | B | Yes | West Jasper |
| DeAnthony Hicks | B | Yes | Lamar County |
| Dylan C. Walters | W | Yes | Jones County |

### TRANSFERRED OUT OF LAUREL SCHOOL DISTRICT

| NAME | RACE | INSTRUCTIONAL CERTIFIED EMPLOYEE | DISTRICT GRANTING TRANSFER |
|---|---|---|---|
| Jenna Johnson | W | Yes | Jones County |
| Jack Johnson | W | Yes | Jones County |
| Deakon Fretwell | W | Yes | Jones County |
| Peyton Satterwhite | W | Yes | Jones County |
| Abbey Langley | W | Yes | Jones County |
| Nate Langley | W | Yes | Jones County |
| Emmaline Cooley | W | Yes | Jones County |
| Adaleigh McMullan | W | Yes | Jones County |
| Kaelyn Rukin | W | No | Jones County |
| Amelia Allison | W | No | Jones County |
| Toni Allison | W | No | Jones County |
| Shiloh Allison | W | No | Jones County |
| Joshua Plymale | O | No | Jones County |
| Griffin Espinosa | O | No | Jones County |
| Rashidi McCormick II | B | Yes | Perry Central |
| Kennedy G. Hatton | B | Yes | East Jasper |
| Zion Hatton | B | Yes | East Jasper |
| JaJuan McGee | B | Yes | East Jasper |
| Deprsha McGee | B | Yes | East Jasper |

**V.** State whether the transportation system, if any, in the district is desegregated to the extent that black and white students are transported daily on the same bus.

> The Laurel School District's transportation system is desegregated; however, some routes originate in either an all black or all white neighborhood and transport students of one race to its final destination.

Report to Federal Court
Laurel (Mississippi) School District
November 15, 2018

**VI. State whether all facilities such as gymnasiums, auditoriums, and cafeterias, are being operated on a desegregated basis.**

    All facilities, including gymnasiums, auditoriums, and cafeterias, are being operated on a desegregated basis.

**VII. Give a brief description of any present or proposed construction or expansion of facilities.**

    None

**VIII. State whether the school board has sold or abandoned any school facilities, equipment or supplies having a total value of more than $500.00 since prior report.**

    Yes. Antiquated and unusable equipment is disposed of monthly upon school board approval.

**IX. State whether there is a Bi-Racial Advisory Committee to the School Board in the school district.**

    Yes

Report to Federal Court
Laurel (Mississippi) School District
November 15, 2018

ADDITIONAL REPORTING REQUIREMENTS PURSUANT TO CONSENT ORDER OF AUGUST 7, 1991:

**Number of students by race in elementary division**

| BLACK | WHITE | OTHER | TOTAL |
|---|---|---|---|
| 1,435 | 91 | 177 | 1,703 |

**Number of students enrolled by race in each elementary school including the Nora Davis Magnet School:**

|  | BLACK | WHITE | OTHER | TOTAL |
|---|---|---|---|---|
| Oak Park Elementary | 495 | 15 | 01 | 511 |
| Maddox Elementary | 241 | 05 | 81 | 327 |
| Mason Elementary | 385 | 28 | 87 | 500 |
| Nora Davis Magnet | 298 | 41 | 06 | 345 |
| Self Contained Special Ed at Nora Davis | 16 | 02 | 02 | 20 |
| TOTAL | 1,435 | 91 | 177 | 1,703 |

**Number of students by race in each classroom of each elementary school:**

See Attachment #1

Report to Federal Court
Laurel (Mississippi) School District
November 15, 2018

ADDITIONAL REPORTING REQUIREMENTS PURSUANT TO CONSENT ORDER OF AUGUST 7, 1991

**Number of students by race 2017-2018 school year making application to attend Nora Davis Magnet School and Oak Park Magnet Program and the number of students accepted/refused since the November 2017 report.**

**NORA DAVIS MAGNET PROGRAM:**

|  | BLACK | WHITE | OTHER | TOTAL |
|---|---|---|---|---|
| Total Applications | 77 | 06 | 03 | 86 |
| Total Accepted | 37 | 04 | 03 | 44 |
| Not Selected | 00 | 00 | 00 | 00 |
| Declined Admission withdrew Ineligible | 00 | 00 | 00 | 00 |
| Total applicants refused | 00 | 00 | 00 | 00 |
| Waiting List | 40 | 02 | 00 | 42 |

**OAK PARK MAGNET PROGRAM: (PROGRAM DISCONTINUED)**

Total Applicants

Total Accepted
Not Selected
Declined Admission/withdrew

Ineligible

Total Applicants refused
Waiting List

Report to Federal Court
Laurel (Mississippi) School District
November 15, 2018

**COMPLIANCE REPORT**

The Laurel School District continues to abide by its revised school admission policies, copies of which have been filed with our previous reports to the court.

The Laurel School District continues to employ an attendance officer to assist in verification of residence. The attendance officer has conducted workshops with principals, secretaries and others dealing with registration and residency verification and reviewed the Laurel School District admission policies and procedures with them.

The registration of all students in the Laurel School District continues to be initially verified by the homeroom teacher. If the homeroom teacher cannot verify the residence, then the principal is notified. If the principal is unable to verify the residence, then the file is forwarded to the central office for verification by the attendance officer.

Those students whom we believe to be improperly enrolled or who have not furnished the two documents required are continually examined by the attendance officer for compliance.

As and when we are able to determine violation involving another school district, if it cannot be corrected with the other school district, we will call the same to the Court's attention for remedial action.

Enrollment—Teachers' Daily Assignment Schedule     Name of School: Laurel High School     Date of Report: 10/22/18

| Name of Teacher | B/W/O | Period 1 | | | Period 2 | | | Period 3 | | | Period 4 | | | Period 5 | | | Period 6 | | | Period 7 | | | Period 8 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | B | W | O | B | W | O | B | W | O | B | W | O | B | W | O | B | W | O | B | W | O | B | W | O |
| Jacob Allen | W | 4 | | | 5 | | | 4 | | | 18 | | | 20 | | 1 | | | | | | | | | | |
| Tesha Arnow | B | 4 | | 1 | | | | 3 | | 1 | 9 | | | | | | | | | | | | | | | |
| Mike Barlow | W | 9 | | | 25 | | | 10 | | 3 | 14 | | | 28 | 4 | 4 | | | | | | | | | | |
| Deana Blackledge | W | | 1 | 3 | 20 | 1 | 3 | 15 | | | 9 | | | 19 | 4 | 1 | | | | | | | | | | |
| James Blackledge | W | | | | 20 | | 4 | 20 | | 3 | 4 | | | 20 | | 1 | | | | | | | | | | |
| Nancy Boykin | W | 17 | 1 | 3 | | | | 10 | | | 10 | | | | | | | | | | | | | | | |
| Jody Breland | W | 20 | 1 | | 20 | 2 | 3 | 10 | 5 | 1 | 50 | | | 20 | | | | | | | | | | | | |
| Eric Brooks | B | | | | 20 | | | 15 | | | 20 | 2 | | | | | | | | | | | | | | |
| Tamiko Bridges | B | 18 | | | 21 | | | 12 | | | 7 | | | 10 | | 1 | | | | | | | | | | |
| Lorenzo Bridges | B | 22 | 1 | 2 | 15 | 1 | | 2 | | 1 | 3 | | 15 | 5 | | | | | | | | | | | | |
| Kimble Caesar | B | 28 | 1 | 3 | 22 | 1 | | 8 | | 1 | 24 | 1 | 1 | 9 | 2 | | | | | | | | | | | |
| William Clay | B | 12 | 1 | | 21 | | | 17 | | | 24 | | | 19 | | 1 | | | | | | | | | | |
| Ronnie Cochran | B | 24 | 1 | 1 | 4 | | | 4 | | 2 | 4 | | | | | | | | | | | | | | | |
| Misha Crosby | W | 16 | 1 | | 8 | | | 23 | | | 17 | | 5 | 22 | | 1 | | | | | | | | | | |
| Connor Doss | B | | | 7 | 9 | | 1 | | | | | | | | | | | | | | | | | | | |
| Dion Dotson | W | 20 | 1 | 7 | | | | 15 | | 1 | 23 | 4 | 1 | 22 | 2 | 4 | | | | | | | | | | |
| Butch Duke | W | 21 | 2 | 2 | 15 | 2 | 1 | 22 | 1 | 1 | 20 | | 1 | 19 | | | | | | | | | | | | |
| John Evans | W | 11 | 2 | 1 | 10 | | 1 | 19 | 1 | 1 | 20 | | | 19 | | | | | | | | | | | | |
| Dana Gavin | B | 20 | 2 | 2 | 15 | | | 10 | | | | | | 4 | | 4 | | | | | | | | | | |
| Latrina Hamilton | B | | | | 8 | | | | | | | | | | | | | | | | | | | | | |
| Jim Harper | W | | | | 9 | | | | | | | | | 3 | | | | | | | | | | | | |
| Katelyn Hopwood | W | | | 1 | | | 1 | 9 | | | 15 | | 3 | 3 | | | | | | | | | | | | |
| Casey Herrington | W | | | | | | | | | | | | | | | | | | | | | | | | | |
| James Holloman | W | | | | 10 | | | 8 | | | 9 | | | 8 | | | | | | | | | | | | |
| Rebecca Hoyler | B | | | | | | | | | | | | | | | | | | | | | | | | | |
| James Howard | B | | | | | | | | | | | | | 2 | | | | | | | | | | | | |
| Shasta Husband | B | | | 1 | 10 | | | | | | | | | | | | | | | | | | | | | |
| Ronald Jeff | O | | 2 | 2 | 8 | 1 | 1 | | | | | | | 8 | | | | | | | | | | | | |
| Doreanus Johnikin | B | | | | 12 | 1 | | 5 | | | | | | 10 | 1 | | | | | | | | | | | |

Enrollment—Teachers' Daily Assignment Schedule  Name of School: Laurel High School  Date of Report: 10/22/18

| Name of Teacher | B/W/O | Period 1 B | Period 1 W | Period 1 O | Period 2 B | Period 2 W | Period 2 O | Period 3 B | Period 3 W | Period 3 O | Period 4 B | Period 4 W | Period 4 O | Period 5 B | Period 5 W | Period 5 O | Period 6 B | Period 6 W | Period 6 O | Period 7 B | Period 7 W | Period 7 O | Period 8 B | Period 8 W | Period 8 O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brian Jones | B | 4 | 1 | | 14 | 1 | | 10 | 1 | | | | | 19 | | | | | | | | | | | |
| Robin Lewis | B | 22 | | 3 | 9 | | 3 | 9 | 2 | | | | | 7 | | | | | | | | | | | |
| Enesha Lyons | B | 18 | 1 | | 16 | | 3 | 14 | 2 | | | | | 19 | 3 | | | | | | | | | | |
| Chebonn Snyder | B | | | | 22 | 1 | 2 | | | | 15 | 1 | | 13 | | | | | | | | | | | |
| Toni Martin | B | 23 | 1 | | 14 | 1 | | 19 | 1 | 2 | | | | | | | | | | | | | | | |
| Julio Martinez | O | 18 | 2 | 3 | | | | 19 | 1 | | | | | 17 | | 8 | | | | | | | | | |
| Audrey Monroe | W | 22 | | 2 | 9 | | 2 | 8 | | 1 | | | | 11 | | 2 | | | | | | | | | |
| Charles Middleton | W | 23 | | | 17 | | | | | | | | | 11 | | | | | | | | | | | |
| Allison Miller | B | 18 | 1 | | 10 | | 2 | 8 | | 1 | 4 | | | 11 | | | | | | | | | | | |
| Kim Miller | W | | | | 20 | 1 | 2 | 8 | 1 | 2 | 2 | | | 7 | | | | | | | | | | | |
| Alphaka Moore | B | 4 | | 3 | | 2 | | 4 | | 4 | | | | 12 | | | | | | | | | | | |
| Brett Moss | W | 22 | | | | | | 4 | | | 10 | 1 | | | | | | | | | | | | | |
| Norman Moss | W | 20 | 4 | | 25 | | 2 | 12 | | | 9 | | 1 | | | | | | | | | | | | |
| Donnan Newsome | B | 28 | | | 12 | 1 | 2 | 14 | | | 29 | | | 18 | 1 | 2 | | | | | | | | | |
| Sharon Pierce | W | 28 | | | 24 | | | 14 | 1 | | 20 | | | 18 | 3 | | | | | | | | | | |
| Ryan Pollard | B | 9 | | | 12 | | | 14 | | 1 | 6 | | | 15 | 1 | 2 | | | | | | | | | |
| Marcus Price | B | 10 | | | | | 2 | 20 | | | 28 | | | 11 | | | | | | | | | | | |
| Greg Reed | W | | | | | 1 | | | 1 | | 9 | | | 12 | 3 | | | | | | | | | | |
| Viola Ross | W | | | | | | 1 | | | | 7 | 1 | | 11 | 1 | | | | | | | | | | |
| Beth Rushing | W | | | | | | 2 | 20 | | 2 | 21 | 1 | 3 | 12 | | | | | | | | | | | |
| Rick Salaep | W | | | | 22 | | 1 | 16 | | | 12 | 1 | | 13 | | | | | | | | | | | |
| Devon Sellers | W | 4 | | | 30 | | 1 | 3 | 1 | | 13 | | 1 | 9 | | | | | | | | | | | |
| Dina Smith | W | | | | | | | | | | | | | | | | | | | | | | | | |
| Sehwan Saphens | B | 5 | | | | | 1 | 3 | | 2 | 9 | | 3 | 20 | 1 | | | | | | | | | | |
| Wanda Sullivan | W | | | | | | | 3 | | 3 | 12 | 1 | 3 | 13 | | | | | | | | | | | |
| Tamia Taylor | B | | | | | | | 3 | | | 17 | | 1 | 17 | | | | | | | | | | | |
| David Taylor | W | 25 | | | 5 | | | 10 | | 3 | 20 | | | 17 | 1 | 3 | | | | | | | | | |
| Connie Tew | W | | | | | | | | | | | | | | | | | | | | | | | | |

Enrollment—Teachers' Daily Assignment Schedule    Name of School: Laurel High School    Date of Report: 10/22/18

| Name of Teacher | B/W/O | Period 1 | | | Period 2 | | | Period 3 | | | Period 4 | | | Period 5 | | | Period 6 | | | Period 7 | | | Period 8 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | B | W | O | B | W | O | B | W | O | B | W | O | B | W | O | B | W | O | B | W | O | B | W | O |
| Beverly Oliver | B | 20 | | 2 | 13 | 1 | | 10 | 1 | 1 | 9 | 1 | | 9 | | 2 | | | | | | | | | |
| Brian Snoak | W | 17 | 2 | | | | | 18 | 1 | | 9 | 1 | | 15 | 2 | | | | | | | | | | | |
| Josh Walters | W | | | | 25 | 1 | 2 | 15 | 1 | 1 | 18 | 1 | 1 | 19 | 1 | 3 | | | | | | | | | | |
| Emily Wilkinson | W | 22 | | | | | | 21 | 1 | 1 | | | | 25 | 1 | | | | | | | | | | | |

Enrollment—Teachers' Daily Assignment Schedule   Name of School: Laurel Middle School   Date of Report: 11/5/2018

| Name of Teacher | B/W/O | Period 1 B | W | O | Period 2 B | W | O | Period 3 B | W | O | Period 4 B | W | O | Period 5 B | W | O | Period 6 B | W | O | Period 7 B | W | O | Period 8 B | W | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ash, Chelsea | W | 21 | 2 | 2 | 21 | 0 | 2 | 22 | 0 | 4 | 22 | 0 | 4 | 23 | 1 | 0 | 23 | 1 | 0 | | | | | | |
| Auton, April | B | 15 | 2 | 3 | 15 | 2 | 3 | 19 | 0 | 3 | 10 | 0 | 3 | | | | 20 | 1 | 2 | 20 | 1 | 2 | | | |
| Baranowski, Jodi | B | 7 | 0 | 1 | | | | | | | | | | | | | | | | 0 | 0 | 6 | | | |
| Bowers, Kristen | B | 24 | 0 | 2 | 24 | 0 | 1 | 3 | 0 | 1 | 5 | 0 | 0 | | | | 4 | 0 | 0 | | | | | | |
| Boakye, Nana | B | 18 | 0 | 1 | 18 | 0 | 0 | 19 | 0 | 4 | 10 | 0 | 4 | 23 | 1 | 1 | 23 | 2 | 1 | | | | | | |
| Castle, Tiffany | B | 21 | 0 | 1 | 21 | 0 | 0 | 21 | 0 | 2 | 21 | 2 | 4 | 23 | 0 | 2 | 23 | 0 | 2 | | | | | | |
| Bowman, Brenda | B | 19 | 0 | 2 | 19 | 0 | 0 | 19 | 2 | 2 | 17 | 1 | 7 | | | | 20 | 1 | 1 | 20 | 1 | 1 | | | |
| Phillips, Stephanie | W | 22 | 0 | 4 | 22 | 0 | 4 | 19 | 1 | 17 | 24 | 2 | 0 | 22 | 0 | 0 | 23 | 0 | 4 | 24 | 0 | 2 | | | |
| Chase, Anna Lea | W | 4 | 0 | 0 | 4 | 0 | 0 | | | | 8 | 1 | 1 | | | | 16 | 2 | 0 | 3 | 1 | 0 | | | |
| Colon, Ario | B | 10 | 0 | 1 | 10 | 0 | 0 | 20 | 2 | 3 | 20 | 2 | 3 | 10 | 2 | 16 | 10 | 2 | 1 | | | | | | |
| Wiseman, Charity | B | 2 | 0 | 0 | 2 | 0 | 2 | 4 | 0 | 6 | 3 | 0 | 1 | | | | 6 | 0 | 1 | 2 | 2 | 2 | | | |
| Davis, Cashunna | B | 19 | 0 | 4 | 19 | 0 | 4 | 15 | 0 | 3 | 15 | 0 | 3 | 27 | 0 | 0 | 25 | 2 | 2 | 28 | 2 | 2 | | | |
| Dinkworth, Sharon | B | 20 | 1 | 2 | 20 | 0 | 1 | 10 | 0 | 2 | 19 | 1 | 2 | 20 | 3 | 1 | 20 | 1 | 1 | 20 | 0 | 1 | | | |
| Eakins, Antonio | B | 14 | 1 | 4 | 14 | 1 | 4 | 22 | 0 | 1 | 23 | 0 | 1 | 20 | 0 | 6 | | | | 33 | 1 | 3 | | | |
| Fletcher, Carmen | B | 19 | 0 | 2 | 19 | 0 | 1 | 28 | 1 | 3 | 25 | 1 | 3 | 31 | 1 | 6 | 17 | 1 | 0 | | | | | | |
| Hill, Solomon | W | 17 | 0 | 6 | 17 | 1 | 6 | 7 | 0 | 1 | 24 | 0 | 0 | | | | 4 | 0 | 0 | | | | | | |
| Knox, Rebecca | W | 16 | 1 | 4 | 17 | 0 | 3 | 7 | 0 | 1 | 17 | 0 | 1 | 19 | 2 | 1 | 15 | 0 | 2 | 26 | 2 | 6 | | | |
| Laughter, Tanisha | B | 20 | 5 | 5 | 20 | 2 | 1 | 3 | 0 | 0 | | | | 28 | 2 | 1 | 24 | 0 | 1 | 24 | 2 | 4 | | | |
| Lowden, Brenda | B | 16 | 2 | 3 | 18 | 1 | 11 | | | | | | | 25 | 2 | 0 | 25 | 0 | 2 | 22 | 1 | 3 | | | |
| Holder, Chelsey | W | 24 | 0 | 2 | 23 | 0 | 1 | 24 | 0 | 2 | 17 | 1 | 3 | 23 | 2 | 0 | 25 | 0 | 2 | 25 | 2 | 1 | | | |
| Latimer, Carmen | W | 25 | 0 | 0 | 25 | 0 | 0 | 18 | 0 | 2 | | | | 24 | 2 | 2 | 23 | 1 | 2 | 22 | 2 | 0 | | | |
| Jenkins, Marissa | W | 12 | 0 | 2 | 12 | 0 | 2 | 9 | 2 | 4 | 18 | 2 | 4 | 24 | 0 | 0 | 24 | 1 | 1 | 24 | 2 | 1 | | | |
| Jarvis, Stephanie | B | 7 | 0 | 3 | 7 | 0 | 3 | 26 | 0 | 6 | 5 | 1 | 0 | 0 | 0 | 0 | 25 | 2 | 1 | 25 | 2 | 1 | | | |
| Jones, Sarita | B | 24 | 2 | 8 | 24 | 2 | 4 | 21 | 0 | 2 | 22 | 0 | 0 | 24 | 0 | 2 | 24 | 0 | 2 | 24 | 2 | 4 | | | |
| Lawrence, Dawn | B | 15 | 0 | 4 | 15 | 2 | 3 | 24 | 0 | 1 | 22 | 0 | 0 | 30 | 3 | 1 | 15 | 0 | 2 | | | | | | |
| Mushee, Dana Lisa | W | 17 | 0 | 0 | 17 | 1 | 2 | 30 | 3 | 3 | 16 | 0 | 1 | 21 | 0 | 0 | | | | 34 | 1 | 5 | | | |
| Davis, Cashunna | W | 5 | 0 | 0 | 9 | 1 | 5 | | | | 10 | 0 | 2 | 22 | 2 | 2 | 19 | 0 | 1 | 20 | 1 | 1 | | | |
| Rivers, Tracey | W | 19 | 1 | 1 | 20 | 1 | 1 | | | | 10 | 0 | 13 | | | | 19 | 0 | 0 | 17 | 0 | 0 | | | |
| Rivers, Shaunda | W | 24 | 1 | 0 | 24 | 1 | 0 | | | | 14 | 0 | 3 | | | | 21 | 0 | 0 | 21 | 0 | 2 | | | |

Enrollment—Teachers' Daily Assignment Schedule     Name of School: Laurel Middle School     Date of Report: 11/5/2018

| Name of Teacher | B/W/O | Period 1 B | W | O | Period 2 B | W | O | Period 3 B | W | O | Period 4 B | W | O | Period 5 B | W | O | Period 6 B | W | O | Period 7 B | W | O | Period 8 B | W | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Smith, Connie | W | 10 | 0 | 0 | 10 | 0 | 0 | 5 | 0 | 0 | 22 | 2 | 2 | 10 | 0 | 0 | 10 | 0 | 0 | 16 | 0 | 0 | | | |
| Smith, Mary Ann | W | 18 | 2 | 2 | 25 | 0 | 0 | | | | 23 | 1 | 2 | 34 | 0 | 5 | 14 | 1 | 2 | 37 | 0 | 2 | | | |
| Thomas, Dorothy | B | 22 | 1 | 2 | 23 | 1 | 2 | 23 | 1 | 0 | 23 | 1 | 0 | 19 | 0 | 5 | 19 | 0 | 5 | | | | | | |
| Toran, Toshiba | B | 25 | 0 | 1 | 25 | 0 | 1 | 22 | 1 | 1 | 22 | 1 | 0 | | | | 21 | 1 | 2 | 21 | 0 | 2 | | | |
| Walton, Isaac | W | 21 | 1 | 1 | 11 | 0 | 1 | 21 | 0 | 2 | 21 | 0 | 2 | 20 | 1 | 1 | | | | 24 | 0 | 1 | | | |
| Washington, Erin | W | 22 | 3 | 1 | 22 | 3 | 1 | 21 | 0 | 2 | 25 | 0 | 2 | 21 | 1 | 2 | 19 | 1 | 1 | 19 | 1 | 6 | | | |
| Wiley, Brenda | W | | | | | | | 21 | 1 | 2 | 21 | 1 | 3 | 21 | 0 | 1 | 22 | 0 | 1 | 22 | 0 | 4 | | | |
| Oliver, Angelica | B | 20 | 1 | 1 | 20 | 1 | 1 | 22 | 2 | 0 | | | | 24 | 0 | 4 | 24 | 0 | 1 | | | | | | |
| Bounds, Marella | B | | | | 24 | 0 | 2 | 10 | 2 | 1 | 19 | 2 | 4 | 22 | 0 | 0 | 22 | 0 | 2 | 28 | 0 | 0 | | | |
| Vines, Rachel | B | | | | | | | 19 | 0 | 1 | 19 | 0 | 1 | 16 | 0 | 0 | 21 | 0 | 1 | 22 | 0 | 1 | | | |

Enrollment — Teachers' Daily Assignment Schedule    Name of School  Mason Elem.    Date of Report 10-25-18

| Name of Teacher | B/W/O | Period 1 B | Period 1 W | Period 1 O | Period 2 B | Period 2 W | Period 2 O | Period 3 B | Period 3 W | Period 3 O | Period 4 B | Period 4 W | Period 4 O | Period 5 B | Period 5 W | Period 5 O | Period 6 B | Period 6 W | Period 6 O | Period 7 B | Period 7 W | Period 7 O | Period 8 B | Period 8 W | Period 8 O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Evans, C. | W | 21 | 1 | | | | | | | | | | | | | | | | | | | | | | |
| Everett | W | 13 | | 6 | | | | | | | | | | | | | | | | | | | | | |
| Herrington | W | 12 | 7 | 2 | | | | | | | | | | | | | | | | | | | | | |
| Parker | W | 23 | | | | | | | | | | | | | | | | | | | | | | | |
| Clark | W | 13 | 3 | 10 | | | | | | | | | | | | | | | | | | | | | |
| Hill | W | 12 | 6 | 7 | | | | | | | | | | | | | | | | | | | | | |
| McAdoo | W | 26 | | | | | | | | | | | | | | | | | | | | | | | |
| Williams | W | 21 | | 5 | | | | | | | | | | | | | | | | | | | | | |
| Davis | W | 21 | | | | | | | | | | | | | | | | | | | | | | | |
| Evans, H. | W | 13 | 1 | 5 | | | | | | | | | | | | | | | | | | | | | |
| Moss | W | 19 | | | | | | | | | | | | | | | | | | | | | | | |
| Robinson, C. | W | 13 | 3 | 4 | | | | | | | | | | | | | | | | | | | | | |
| Loggins | W | 12 | 2 | 6 | | | | | | | | | | | | | | | | | | | | | |
| Hawkins | B | 12 | 2 | 4 | | | | | | | | | | | | | | | | | | | | | |
| Ray | W | 18 | 1 | | | | | | | | | | | | | | | | | | | | | | |
| Rayner | W | 15 | | 4 | (1 ALT) | | | | | | | | | | | | | | | | | | | | |
| Burnes | W | 20 | | 6 | | | | | | | | | | | | | | | | | | | | | |
| Evans, G. | B | 21 | | 4 | | | | | | | | | | | | | | | | | | | | | |
| McDougle | B | 17 | 1 | 6 | | | | | | | | | | | | | | | | | | | | | |
| Bain | W | 12 | | 9 | | | | | | | | | | | | | | | | | | | | | |
| Denman | W | 14 | | 5 | | | | | | | | | | | | | | | | | | | | | |
| Robinson, E. | W | 17 | 2 | 4 | (2 overage) | | | | | | | | | | | | | | | | | | | | |
| Thigpen | B | 20 | | | | | | | | | | | | | | | | | | | | | | | |
| Byrd | W | 385 | 28 | 87 | | | | | | | | | | | | | | | | | | | | | |
| Thrash | W | 385 | 28 | 87 | | | | | | | | | | | | | | | | | | | | | |
| Sharp | W | 385 | 28 | 87 | | | | | | | | | | | | | | | | | | | | | |
| McMillian | B | 385 | 28 | 87 | | | | | | | | | | | | | | | | | | | | | |
| Reeves-Garcia | O | 0 | | 82 | | | | | | | | | | | | | | | | | | | | | |
| Welch | W | 29 | 1 | 13 | | | | | | | | | | | | | | | | | | | | | |

Enrollment – Teachers' Daily Assignment Schedule    Name of School  Mason Elem.    Date of Report  10-25-18

| Name of Teacher | B/W/O | Period 1 | | | Period 2 | | | Period 3 | | | Period 4 | | | Period 5 | | | Period 6 | | | Period 7 | | | Period 8 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | B | W | O | B | W | O | B | W | O | B | W | O | B | W | O | B | W | O | B | W | O | B | W | O |
| Walley | W | 18 | 2 | 12 | | | | | | | | | | | | | | | | | | | | | |
| DeYoung | W | 15 |   | 2 | | | | | | | | | | | | | | | | | | | | | |
| Bridges | B | 7 | 1 | 2 | | | | | | | | | | | | | | | | | | | | | |
| Perkins | B | 5 | | | | | | | | | | | | | | | | | | | | | | | |

Enrollment – Teachers' Daily Assignment Schedule

Name of School: Nora Davis Magnet School    Date of Report: 10-23-18

| Name of Teacher | B/W/O | Period 1 B | Period 1 W | Period 1 O | Period 2 B | Period 2 W | Period 2 O | Period 3 B | Period 3 W | Period 3 O | Period 4 B | Period 4 W | Period 4 O | Period 5 B | Period 5 W | Period 5 O | Period 6 B | Period 6 W | Period 6 O | Period 7 B | Period 7 W | Period 7 O | Period 8 B | Period 8 W | Period 8 O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alaina Garick | W | 14 | 4 | 2 | | | | | | | | | | | | | | | | | | | | | |
| Dr. Stephanie Smith | B | 15 | 3 | 0 | | | | | | | | | | | | | | | | | | | | | |
| Dr. Marlene Jackson | B | 14 | 6 | 8 | | | | | | | | | | | | | | | | | | | | | |
| Jessica Russel | W | 14 | 3 | 2 | | | | | | | | | | | | | | | | | | | | | |
| Kalea Thigpen | B | 14 | 5 | 8 | | | | | | | | | | | | | | | | | | | | | |
| Kathleen Cunayhm | W | 13 | 6 | 8 | | | | | | | | | | | | | | | | | | | | | |
| Wynette McGill | W | 17 | 0 | 0 | | | | | | | | | | | | | | | | | | | | | |
| Twila Walters | W | 16 | 2 | 1 | | | | | | | | | | | | | | | | | | | | | |
| Connie Jennikin | B | 15 | 5 | 1 | | | | | | | | | | | | | | | | | | | | | |
| Karen Howard | W | 24 | 0 | 0 | | | | | | | | | | | | | | | | | | | | | |
| MaryBeth Caldwell | W | 20 | 3 | 0 | | | | | | | | | | | | | | | | | | | | | |
| M'Lee Ivy | W | 21 | 2 | 0 | | | | | | | | | | | | | | | | | | | | | |
| Andrea Schipke | W | 23 | 1 | 0 | | | | | | | | | | | | | | | | | | | | | |
| Casey Watts | W | 25 | 0 | 0 | | | | | | | | | | | | | | | | | | | | | |
| Candace Assink | W | 17 | 0 | 0 | | | | | | | | | | | | | | | | | | | | | |
| LaVerette Strong | B | 18 | 0 | 0 | | | | | | | | | | | | | | | | | | | | | |
| Faison Whitt | W | 14 | 1 | 0 | | | | | | | | | | | | | | | | | | | | | |
| Jeremy Brooke | W | 29 | 6 | 1 | | | | | | | | | | | | | | | | | | | | | |
| Thalita Hosey | B | 35 | 0 | 0 | | | | | | | | | | | | | | | | | | | | | |
| Carol Rigdon | W | 24 | 5 | 0 | | | | | | | | | | | | | | | | | | | | | |
| Susanne Stuart | B | 15 | 0 | 0 | | | | | | | | | | | | | | | | | | | | | |
| Destiny Ponville | W | 314 | 43 | 8 | | | | | | | | | | | | | | | | | | | | | |
| Mandy Dickens | W | 314 | 43 | 8 | | | | | | | | | | | | | | | | | | | | | |
| Landry Bryant | W | 314 | 43 | 8 | | | | | | | | | | | | | | | | | | | | | |
| Andrea Holmes | W | 314 | 43 | 8 | | | | | | | | | | | | | | | | | | | | | |
| Karen Lanier | B | 314 | 43 | 8 | | | | | | | | | | | | | | | | | | | | | |
| Sarah Sensening | W | 8 | 0 | 2 | | | | | | | | | | | | | | | | | | | | | |
| Janet Tucker | W | 314 | 43 | 6 | | | | | | | | | | | | | | | | | | | | | |
| Erika Pearson | B | 4 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | |

Enrollment – Teachers' Daily Assignment Schedule    Name of School: Nora Davis Magnet School    Date of Report: 10-23-18

ATTACHMENT #1    PAGE 2 of 2

| Name of Teacher | B/W/O | Period 1 | | | Period 2 | | | Period 3 | | | Period 4 | | | Period 5 | | | Period 6 | | | Period 7 | | | Period 8 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | B | W | O | B | W | O | B | W | O | B | W | O | B | W | O | B | W | O | B | W | O | B | W | O |
| Lisa Pollet | B | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | |

Enrollment – Teachers' Daily Assignment Schedule   Name of School: Oak Roll

| Name of Teacher | B/W/O | Period 1 B | W | O | Period 2 B | W | O | Period 3 B | W | O | Period 4 B | W | O | Period 5 B | W | O | Period 6 B | W | O | Period 7 B | W | O | Period 8 B | W | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jones, Courtney | B | 19 | 0 | 1 | 19 | 0 | 1 | 19 | 0 | 1 | 19 | 0 | 1 | 19 | 0 | 1 | | | | | | | | | |
| Lindsey, Robin | B | 17 | 2 | 0 | 15 | 2 | 0 | 18 | 2 | 0 | 15 | 2 | 0 | 15 | 2 | 0 | | | | | | | | | |
| Howard, Kimberly | B | 19 | 1 | 0 | 19 | 0 | 0 | 19 | 0 | 0 | 19 | 2 | 0 | 19 | 2 | 0 | | | | | | | | | |
| Nicholson, Yoshika | B | 19 | 1 | 0 | 19 | 1 | 0 | 19 | 1 | 0 | 19 | 1 | 0 | 19 | 1 | 0 | | | | | | | | | |
| Roan, Nikki | B | 19 | 2 | 0 | 19 | 2 | 0 | 19 | 2 | 0 | 19 | 2 | 0 | 19 | 2 | 0 | | | | | | | | | |
| Statham, Melissa | W | 21 | 0 | 0 | 21 | 0 | 0 | 21 | 0 | 0 | 21 | 0 | 0 | 21 | 0 | 0 | | | | | | | | | |
| Toney, Lana | W | 20 | 0 | 0 | 20 | 0 | 0 | 20 | 0 | 0 | 20 | 0 | 0 | 20 | 0 | 0 | | | | | | | | | |
| Hicks, Willow | B | 21 | 0 | 0 | 21 | 0 | 0 | 21 | 0 | 0 | 21 | 0 | 0 | 21 | 0 | 0 | | | | | | | | | |
| Jordan, Sharon | W | 19 | 1 | 0 | 19 | 1 | 0 | 18 | 1 | 0 | 19 | 1 | 0 | 19 | 1 | 0 | | | | | | | | | |
| Kimmel, Monica | B | 21 | 1 | 0 | 21 | 1 | 0 | 21 | 1 | 0 | 21 | 1 | 0 | 21 | 1 | 0 | | | | | | | | | |
| Moody, Crystal | B | 21 | 0 | 0 | 21 | 0 | 0 | 21 | 0 | 0 | 21 | 0 | 0 | 21 | 0 | 0 | | | | | | | | | |
| Duncan, Robyn | B | 23 | 1 | 0 | 23 | 1 | 0 | 23 | 1 | 0 | 23 | 1 | 0 | 23 | 1 | 0 | | | | | | | | | |
| Holcomb, Teri | W | 24 | 0 | 0 | 24 | 0 | 0 | 24 | 0 | 0 | 24 | 0 | 0 | 24 | 0 | 0 | | | | | | | | | |
| Walker, Dana | W | 22 | 2 | 0 | 22 | 2 | 0 | 22 | 2 | 0 | 22 | 2 | 0 | 22 | 2 | 0 | | | | | | | | | |
| Dehart, Stacy | B | 19 | 0 | 0 | 19 | 0 | 0 | 19 | 0 | 0 | 19 | 0 | 0 | 19 | 0 | 0 | | | | | | | | | |
| Ashley, Cicily | B | 20 | 0 | 0 | 20 | 0 | 0 | 20 | 0 | 0 | 20 | 0 | 0 | 20 | 0 | 0 | | | | | | | | | |
| Moncrief, Bethany | B | 23 | 0 | 0 | 23 | 0 | 0 | 23 | 0 | 0 | 23 | 0 | 0 | 23 | 0 | 0 | | | | | | | | | |
| Smith, Keela | B | 24 | 0 | 0 | 24 | 0 | 0 | 24 | 0 | 0 | 23 | 0 | 0 | 23 | 0 | 0 | | | | | | | | | |
| King, Stephanie | B | 17 | 0 | 0 | 17 | 0 | 0 | 17 | 0 | 0 | 17 | 0 | 0 | 17 | 0 | 0 | 17 | 0 | 0 | | | | | | |
| Patterson, Stephanie | B | 17 | 0 | 0 | 17 | 0 | 0 | 17 | 0 | 0 | 17 | 0 | 0 | 17 | 0 | 0 | | | | | | | | | |
| Thigpen, Deanna | B | 19 | 0 | 0 | 19 | 0 | 0 | 19 | 0 | 0 | 19 | 0 | 0 | 19 | 0 | 0 | | | | | | | | | |
| Shaw, Virginia | W | 11 | 2 | 0 | 11 | 2 | 0 | 11 | 2 | 0 | 11 | 2 | 0 | 11 | 2 | 0 | | | | | | | | | |
| McDonald, Natasha | B | 22 | 0 | 0 | 22 | 2 | 0 | 22 | 0 | 0 | 19 | 2 | 0 | 19 | 2 | 0 | | | | | | | | | |
| Yun, Denise | B | 19 | 1 | 0 | 20 | 0 | 0 | 19 | 1 | 0 | 20 | 0 | 0 | 20 | 0 | 0 | | | | | | | | | |

ATTACHMENT #1

Enrollment – Teachers' Daily Assignment Schedule

Name of School: Maddox Elem

Date of Report: 10/17/18

| Name of Teacher | B/W/O | Period 1 B | Period 1 W | Period 1 O | Period 2 B | Period 2 W | Period 2 O | Period 3 B | Period 3 W | Period 3 O | Period 4 B | Period 4 W | Period 4 O | Period 5 B | Period 5 W | Period 5 O | Period 6 B | Period 6 W | Period 6 O | Period 7 B | Period 7 W | Period 7 O | Period 8 B | Period 8 W | Period 8 O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C. Bush | W | 10 | 1 | 9 | | | | | | | | | | | | | | | | | | | | | |
| D. Kellams | W | 11 | 0 | 5 | | | | | | | | | | | | | | | | | | | | | |
| M. Underwood | W | 17 | 0 | 2 | | | | | | | | | | | | | | | | | | | | | |
| Stanfield | B | 15 | 0 | 5 | | | | | | | | | | | | | | | | | | | | | |
| Franklin | B | 14 | 0 | 7 | | | | | | | | | | | | | | | | | | | | | |
| Hicks | B | 15 | 1 | 5 | | | | | | | | | | | | | | | | | | | | | |
| S. Fulgham | W | 19 | 0 | 9 | | | | | | | | | | | | | | | | | | | | | |
| A. Litty | 3 | 14 | 0 | 5 | | | | | | | | | | | | | | | | | | | | | |
| G. James | 33 | 15 | 1 | 6 | | | | | | | | | | | | | | | | | | | | | |
| Y. Banks | 3 | 28 | 0 | 5 | | | | | | | | | | | | | | | | | | | | | |
| B. White | 33 | 19 | 0 | 3 | | | | | | | | | | | | | | | | | | | | | |
| A. Bucknell | 3 | 3 | 0 | 1 | | | | | | | | | | | | | | | | | | | | | |
| Clark | 33 | 9 | 0 | 7 | | | | | | | | | | | | | | | | | | | | | |
| King | 33 | 24 | 0 | 8 | | | | | | | | | | | | | | | | | | | | | |
| Daniels | 33 | 24 | 0 | 8 | | | | | | | | | | | | | | | | | | | | | |
| D. McGown | 33 | 27 | 1 | 8 | | | | | | | | | | | | | | | | | | | | | |
| M. Johnson | 3 | 10 | 5 | 6 | | | | | | | | | | | | | | | | | | | | | |
| Umplisher | 20 | 10 | 3 | 1 | | | | | | | | | | | | | | | | | | | | | |
| K. Colson | 20 | 24 | 0 | 3 | | | | | | | | | | | | | | | | | | | | | |
| Owen | 23 | 13 | 1 | 3 | | | | | | | | | | | | | | | | | | | | | |
| S. Hardy | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sandford | | | | | | | | | | | | | | | | | | | | | | | | | |
| K. Bryant | | | | | | | | | | | | | | | | | | | | | | | | | |