**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**VS.** **CIVIL ACTION NO. 3:70CV4706-DPJ-LGI**

**STATE OF MISSISSIPPI**
**(COPIAH COUNTY SCHOOL DISTRICT)** **DEFENDANT**

---

**JOINT MOTION FOR DECLARATION OF UNITARY STATUS**

---

Plaintiff United States of America and Defendant Copiah County School District, by and through undersigned counsel, respectfully file this Joint Motion for Declaration of Unitary Status and Dismissal and, for the reasons stated in the accompanying Memorandum in Support, hereby move for an order declaring the District has achieved full unitary status and dismissing the above-captioned case.

The District also relies on the following exhibits in support of this motion:

Exhibit 1: September 9, 2005 Consent Decree;

Exhibit 2: Court reports for school years 2022-2023 through 2024-2025.

Respectfully submitted, this 31st day of July, 2025.

**Copiah County School District** **The United States**

/s/ John S. Hooks /s/ Mitzi Dease Paige

**OF COUNSEL:**

John S. Hooks
MS Bar No. 99175
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157
Telephone: 601.353.3234
Facsimile: 601.355.9708
John.hooks@arlaw.com

Mitzi Dease Paige
MS Bar No. 6014
Assistant United States Attorney
Southern District of Mississippi
501 E. Court St., Suite 4.430
Jackson, MS 39201
Telephone: 601.973.2840
Mitzi.Paige@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed a true and correct copy of the above document with the Clerk of Court using the CM/ECF system, which caused notice of filing to be served on all registered counsel of record.

Dated: July 31, 2025.

/s/ John S. Hooks