**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**VS.** **CIVIL ACTION NO. 3:70-CV-4706-DPJ-LGI**

**STATE OF MISSISSIPPI**
**(COPIAH COUNTY SCHOOL DISTRICT)** **DEFENDANT**

---

# ORDER ON MOTION FOR DECLARATION OF UNITARY STATUS

---

Before the Court is the Joint Motion for Declaration of Unitary Status of the United States and Copiah County School District, [384]. The Court has reviewed the Joint Motion, Memorandum in Support [385], and supporting exhibits. It is the opinion of the Court that the Joint Motion for Declaration of Unitary Status of the United States and Copiah County School District should be granted.

**IT IS, THEREFORE, ORDERED** the Defendant Copiah County School District be declared fully unitary, the injunction entered as to the Copiah County School District is hereby dissolved, and this case is dismissed with prejudice as to the Copiah County School District.

**SO ORDERED AND ADJUDGED** this the 6th day of August, 2025.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE