**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**UNITED STATES OF AMERICA**
**PLAINTIFF**

**VS.** **Civil Action No. 3:70CV4706-DPJ-LGI**

**STATE OF MISSISSIPPI**
**(LAUREL SCHOOL DISTRICT)**
**DEFENDANT**

---

# JOINT MOTION FOR DECLARATION OF UNITARY STATUS

---

The Laurel School District and the United States of America hereby move the Court for a Declaration of Unitary Status and request that this Court dissolve all remaining injunctions against the District and dismiss this case with prejudice as to the Laurel School District. In support of this Motion, the parties submit the accompanying Memorandum in Support of Joint Motion for Declaration of Unitary Status and [Proposed] Order.

Respectfully submitted, this 8th day of June 2026.

**For Laurel School District:**

/s/ Richard Yoder
Richard Yoder
MS Bar No. 6640
Gilchrist Yoder Leggett & Thames, PLLC
P.O. 106
Laurel, MS 39441-0106
Telephone: 601.649.3351
Facsimile: 601.426.9625
rly@laurellaw.com

**For The United States of America:**

/s/ Mitzi Dease Paige
Mitzi Dease Paige
MS Bar No. 6014
Assistant United States Attorney
Southern District of Mississippi
501 E. Court St., Suite 4.430
Jackson, MS 39201
Telephone: 601.973.2840
Mitzi.Paige@usdoj.gov

/s/ Peter Feaman
Peter Feaman
Senior Counsel
Civil Rights Division
U.S. Department of Justice,
950 Pennsylvania Ave., NW
Washington, DC 20530
Cell: 202-598-7149
peter.feaman@usdoj.gov