UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA PLAINTIFF

VS. CIVIL ACTION NO. 3:70-CV-4706-DPJ-LGI

STATE OF MISSISSIPPI
(LAUREL SCHOOL DISTRICT) DEFENDANT

ORDER GRANTING JOINT MOTION
FOR DECLARATION OF UNITARY STATUS

This Court has considered, without hearing, the Laurel School District's and the United States of America's unopposed Joint Motion for Declaration of Unitary Status. Accordingly, it is hereby ORDERED and ADJUDGED that:

1. The Joint Motion for Declaration of Full Unitary Status is GRANTED.

2. The Court hereby declares that the Laurel School District has achieved full and final unitary status.

3. The Court's jurisdiction over this matter is terminated, and the case is hereby DISMISSED WITH PREJUDICE.

4. All prior injunctions and orders entered in this case are DISSOLVED.

5. The Clerk shall enter judgment stating, "This case is DISMISSED with prejudice," and close the file.

**SO ORDERED AND ADJUDGED** this the 15th day of June, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE